IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CONWAY, | ) |
| *Plaintiff,* | ) |
| v. | ) Case Number: 1:20-cv-04966 |
| CITY OF CHICAGO, *et al.*, | ) Judge Sara L. Ellis |
| *Defendants.* | ) Magistrate Judge Beth W. Jantz |

**PLAINTIFF MICHAEL CONWAY'S MOTION FOR LEAVE TO FILE A REPLY TO HIS MOTION TO COMPEL THE PRODUCTION OF CERTAIN DOCUMENTS, RECORDINGS, AND DATA, AND TO STRIKE FROM THE DOCKET, AS INADVERTENTLY FILED, HIS EARLIER *REPLY* TO THE SAME MOTION (TOGETHER WITH EXHIBITS) (DKT. # 166)**

Plaintiff Conway respectfully moves *for* leave to submit his *Reply* to *Plaintiff's Motion to Compel The Production Of Certain Documents, Recordings, And Data*, dated November 25, 2022 (Dkt. #139) (Motion), attached as Exhibit 1 to this motion, and to strike from the docket, as inadvertently filed, his earlier *Reply* to the same motion (together with exhibits) (Dkt. # 166).

Plaintiff filed a 3-page supplement to his motion on December 9. 2009 (Dkt. # 145), in compliance with this Court's order. (Minute Entry, dated December 5, 2022, Dkt. #144). The Defendant City filed its opposition on December 25, 2022 (Dkt. # 146). At that time, the motion was fully briefed, as the Court had ordered that no reply was necessary (Minute Entry, December 5, 2022, Dkt. # 144). The Court has not yet ruled on the motion. Plaintiff therefore seeks leave to submit his reply, at this time, to alert the Court to additional information it has become aware of in the interim and to clarify his position in light of Defendant City's opposition.

Regretfully, Plaintiff inadvertently filed his *Reply* (Dkt. # 166) prior to this motion for leave, together with an incomplete exhibit earlier today. Plaintiff will consult with the clerk of the Court on Monday morning how best to correct this error.

For all these reasons, Plaintiff respectfully requests that the Court grant this motion for leave to file his *Reply,* attached as Exhibit 1 to this motion, and instructs the clerk to strike from the docket, as inadvertently filed, his early *Reply* to the same motion (together with exhibits) (Dkt. # 166).

Date: March 12, 2023                          Respectfully submitted,

                                       */s/Michael Halberstam*
                                       Subodh Chandra (Ohio 0069233)
                                       Donald Screen (Ohio 0044070)
                                       Michael Halberstam (Ohio 0098269)
                                       THE CHANDRA LAW FIRM LLC
                                       The Chandra Law Building
                                       1265 W. 6th St., Suite 400
                                       Cleveland, Ohio 44113
                                       216.578.1700 Phone / 216.578.1800 Fax
                                       Subodh.Chandra@ChandraLaw.com
                                       Donald.Screen@ChandraLaw.com
                                       Michael.Halberstam@ChandraLaw.com

                                       */s/Jamie S. Franklin*
                                       Jamie S. Franklin
                                       Assistant Clinical Professor of Law
                                       ARDC No. 6242916
                                       Employment and Civil Litigation Clinic
                                       Chicago-Kent College of Law
                                       565 West Adams Street, Suite 600
                                       Chicago, IL 60661
                                       312.906.5048 Phone / 312.906.5299 Fax
                                       jfranklin5@kentlaw.iit.edu

                                       *Attorneys for Plaintiff Michael Conway*

**CERTIFICATE OF SERVICE**

I certify that on March 12, 2023, my office serveda copy of this document on all counsel of record via ECF and by email.

/s/*Michael Halberstam*

*One of the attorneys for Plaintiff Michael Conway*