IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CONWAY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case Number: 1:20-cv-04966 |
| | ) |
| CITY OF CHICAGO, *et al.,* | ) Judge Sara L. Ellis |
| | ) |
| *Defendants.* | ) Magistrate Judge Beth W. Jantz |
| | ) |
| | ) |
| | ) |

**PLAINTIFF MICHAEL CONWAY'S REPLY IN SUPPORT OF
MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS,
RECORDINGS, AND DATA**

Plaintiff Conway respectfully submits this reply in support of his *Motion to Compel Production of Certain Documents, Recordings, and Data,* dated November 25, 2022 (Dkt. #139) (Motion), and his Supplement, dated December 9, 2022 (Dkt. #145) (Supplement).

Plaintiff's Motion seeks limited, narrowly-circumscribed discovery of specific items. These include: (1) certain airfield-operations records for five dates;[1] (2) certain logs and ESI from the Chicago Inspector General's Office (OIG) regarding complaints of retaliation at Chicago's Department of Aviation (CDA);[2] and (3) ESI for custodian Michael Landers. (Defendants produced the Landers ESI, after months of cajoling, only after Plaintiff moved to compel them. This issue is therefore moot.) Plaintiff served his September 6 and 7, 2022 requests for production to test the defenses asserted in Defendants' belated Answers, which were filed on August 18, 2022—two years after the complaint was filed. In response to these document requests, Defendants O'Donnell and the City produced *nothing* until this Motion was filed on November 25, 2018—except for two recordings and an incomplete 11-page printout of NOTAM

---

[1] Motion, pp. 7–8; Supplement, pp. 2–3, Requests 41–50, 60.
[2] Motion, p. 11, No. 7; Supplement, p. 2, Requests 51–53.

summaries for December 4, 2018. The City also produced Vaisala reports after the filing of this *Motion*. This resolves Requests Nos. 56 & 58, Supplement, p. 3.

The City asserts that Plaintiff's requests are too broad, unduly burdensome, excessive, disproportionate to the needs of the case, and seek irrelevant material. These arguments have no merit.

Plaintiff's requests under (1) are very narrowly circumscribed: they seek operations records and data concerning runway condition assessments for only five days (out of a close to 365-day period).[3] These records speak directly to the City's principal defense—that Plaintiff was not retaliated against, but appropriately disciplined for his (purported) misconduct on four of these dates:

> 1. Aerobahn videos, NOTAMS, and radio communications from December 4, 2018 were relied upon by O'Donnell and the City to whitewash their retaliation against Conway.[4] They should be produced because Conway is entitled to evidence regarding *pretext* and *causation*.

> 2. Communications about or involving Conway or motor truck driver Tina Gaines from Conway's shift on January 28, 2019 would most certainly have a bearing on, among other things, O'Donnell's false accusations—in the February 22, 2019 pre-disciplinary notice—that Conway threatened Gaines with violence on that day.[5] (Gaines was in constant radio contact with supervisors and ops personnel in her truck and would most certainly have reported any threat of physical violence, during or after her encounter with Conway on the airfield.)[6] Showing that O'Donnell lied on this occasion is directly relevant to showing that O'Donnell fabricated evidence in her attempts to get Conway declared unfit for duty and a threat to his co-workers. The recordings are also likely to provide information about what precisely happened that day that caused Conway to be disciplined for helping Gaines.

> 3. Communications about or involving Conway or airport operations manager Veronica Martinez during Conway's shift on February 2, 2019 are, among other things, likely probative of whether Martinez issued a direct and unequivocal order to Conway to follow her onto the airfield, and how his compliance with

---

[3] Request Nos. 41–50, 54, 55, 60.

[4] Deposition Testimony of Terrence Thomas, Transcr. pp. 71, 76, 77; Argentene Hrysikos, Transcr., pp. 144-145; Anita Morris, Transcr., pp 203–204; Veronica Martinez, Transcr., p. 153; and Mike Landers, Transcr. p. 76. All of these transcript excerpts are attached to the City's Opposition, Dkt. 156, as exhibits F through M (Dkt. ## 156-6 through 156-13) (hereinafter merely cited as "Transcript" or "Transcr.")

[5] *See* Motion, p. 8; Exh. A, Pre-Disciplinary Notice, dated February 22, 2019.

[6] Tina Gaines Deposition Testimony, Transcr. p. 23–24.

her order ended up serving as a *pretext* for suspending and disciplining him for insubordination.[7]

4. The ops records and Aerobahn recordings for February 17, 2018, will, among other things, establish that Conway personally drove the runways to double-check that they were "wet" within minutes of Simos's initial call that morning, and that Simos, being so informed by Conway on the follow-up call, had no excuse for ordering him to report them as "dry," and, furthermore, lied about it to the Inspector General.[8] Moreover, the Aerobahn videos will support Conway's account of the sequence of events that took place that day. This has broader implications for the lack of credibility not just of Defendant Simos but of two other witnesses, who were fully aware of what was happening but who testified, to the FAA, OIG, and Plaintiff's counsel at deposition, that they heard nothing, saw nothing, and certainly said nothing, while Simos ordered wet runways to be reported as "dry." This, in turn, will allow the factfinder to draw inferences about the work environment in which Conway was ostracized and punished for speaking out.

Plaintiff's demand under (2) for limited, specific OIG information and limited ESI about retaliation at the CDA is narrowly targeted towards establishing *Monell* liability.

Plaintiff has compromised repeatedly on all these requests in innumerable meetings and Rule 37.2 conferences with the City. Plaintiff's discovery requests could not be more narrowly targeted towards obtaining material *highly relevant* to factual disputes about specific claims and defenses. *Oleksy v. GE Co.*, No. 06-Civ-1245, 2011 WL 4626015, at *3 (N.D.Ill., Oct. 3, 2011) ("The scope of Rule 26(b)(1) is broader than GE acknowledges because evidence is relevant 'if there is any *possibility* that the information sought may be relevant to the subject matter of the action.'") (emphasis in original) (citing *Rubin v. Islamic Republic of Iran*, 349 F.Supp.2d 1108, 1111 (N.D.Ill.2004)).

The City's representations in its brief in opposition are replete with factual errors, misrepresentations, and red herrings, which reflect the City's lack of good faith:

**Request No. 60, *Supplement*, p. 3.** The City falsely claims that it has produced the December 4, 2018 operations records that Defendant O'Donnell reviewed over the 2018/2019 Christmas break to justify Conway's removal from

---

[7] *See* Martinez Deposition Testimony, Transcr. p. 132–133 (testifying she received a call from ops [likely Ambrosia] asking why Conway was out on the airfield.)

[8] *See* contrary or evasive affirmations in Simos' Answer, ¶¶ 6, 30, 31 and Defendant City and O'Donnell's Combined Answer, ¶¶ 9, 30, 31.

his job. Plaintiff's Request, No. 60, *Defendants' Opposition to Motion*, p. 12.[9] But the documents it claims are responsive (a) were all created after January 2019 and (b) do not include any of the December 4, 2018 air traffic control (ATCT) communications, which O'Donnell testified numerous times she'd reviewed and relied upon to discipline Conway.[10] The City knows this because Plaintiff's counsel told them so.

**Request No. 41, *Supplement*, p. 2.** The City refuses to produce MDW's complete field condition reports (FICONs) for the few dates requested. Instead it has produced "NOTAM summary" reports. The deficiency is apparent when one compares the NOTAM & FICON data the City produced to the FAA (Exh. D) with the "NOTAM summary" sheet the City produced here (Exh. C). The City produced more than one year of NOTAM and FICON records to the FAA, ranging from around October 10, 2017 to around October 11, 2018, Bates Nos. 8041–12105. Plaintiff needs only four days' worth of complete FICONs and NOTAMs.

**Request Nos. 42, 43, *Supplement*, p. 2.** The City's claim to have produced "relevant recordings for December 4, 2018" misrepresents by omission. The City produced only two recordings for December 4th—one from 6:53 a.m. and one from 7:45 a.m.—that the City presumably believes support its defenses. But what about all those recordings generated *between 6:53 a.m. and 7:45 a.m.*, during the 52 minutes that Conway, while out on the runway and communicating with the operations office, purportedly failed to observe runway conditions, for which purported failure he was removed from his job?

**Request Nos. 55, 56, 60, *Supplement*, p. 3.** The City failed to produce the recordings of vehicle tracking videos from the Aerobahn system for December 4, 2018, but claims it did agree to an inspection. This is highly misleading. First, the City conditioned its offer on Plaintiff's acceptance of unreasonable time limits for December 4, 2018. Second, the City qualified its limited proposal by stating that appropriate "parameters" will need to be worked out. Based on the City's similar hedges throughout the case—which, every time, inevitably led to yet another refusal to comply with what had appeared to be a prior agreement— Plaintiff had no reason to believe that the City would negotiate in good faith

[9] O'Donnell testified during deposition that she obtained and reviewed tower recordings. These recordings were not produced.

[10] The City claims Plaintiff failed to comply with Rule 37.2 on the O'Donnell records, while it simultaneously refuses to produce these records. But the O'Donnell records (Request No. 60), which Defendants knew were relevant well before July 29, 2019, are largely the same records, i.e. Aerobahn recordings, NOTAMs, FICONs, and radio communications for December 4, 2018, which Plaintiff seeks in Request Nos. 41–50 for the very same reasons set forth above. *See,* Exh. B, O'Donnell Testimony to OIG, Transcript, pp. 57–58, Bates No. 12996–97. In Request No. 60, Plaintiff seeks them by another name in order to prevent the City's attorneys from engaging in fancy footwork. The only additional records O'Donnell appears to have reviewed are recordings of FAA control tower communications for December 4. *Id.* O'Donnell Testimony to OIG, Transcript, pp. 39–40, Bates No. 12978–79. The City's claim that it is prejudiced by lack of notice here is merely a smokescreen. *See Kleen Products LLC v. Packaging Corp. of America*, 2013 WL 120240, at *5 (N.D. Ill. 2013) ("This Court cannot agree that metaphysical distinctions are grounds for withholding documents in discovery.")

about these "parameters."[11] The City's proposal, moreover, came after months of negotiations on the matter, on the day of (or possibly the day before) the Court's deadline for serving motions to compel. Against this background, Plaintiff had no choice but to move to compel this material.

Further, the offer of an *inspection* is, and remains, mere chicanery. The City's claim that it is unable to download the requested videos is untrue. The City pulled off the feat when Aerobahn videos were selectively played from a laptop or other device, purportedly as evidence against Conway, during a July 11, 2019 pre-disciplinary hearing,[12] and apparently on "hundreds" of other occasions.[13] It is entirely unclear how Plaintiff's attorneys will be able to access the storage device, or download the material in usable format, if the City operators of the technology are supposedly unable to do so.

Along the lines of "the dog ate my homework," the City claims that all recordings of ops communications for December 4, 2018, January 28, 2019, and February 1, 2019—other than the two short clips that it preserved for its own purposes—were destroyed. During a meet and confer about outstanding discovery in December of 2018, the City's attorneys explained that the CDA has a 30-day retention policy for ops recordings. When asked whether the CDA had this retention policy in place in 2018, the City's attorneys were unable to respond and, despite request, failed to research the matter or correct their false statements at a later time.

It is demonstrably false that, in 2018 or 2019, CDA ops recordings were automatically destroyed after 30 days, because the City was clearly able to produce around 280 recordings of ops communications for the dates of February 16, 17, and 18, 2018 to the Inspector General's Office sometime in 2019 or 2020—more than a year later.[14] Moreover, Defendants were still downloading recordings for the purpose of disciplining Conway in February of 2019.[15]

---

[11] It would have been easy for the City to state such "parameters" in its initial proposal, or in its opposition to Plaintiff's motion to compel, but the City did not do so.

[12] Deposition Testimony of Anita Morris, Transcr. p. 203-204; *see also*, *supra* note 4.

[13] Deposition Testimony of Mike Landers, Transcr. p. 76 ("How many types of recording of Aerobahn have I….reviewed? …Hundreds.")

[14] City's Production, Bates Nos. 15014–15294. The City had apparently withheld these recordings from the FAA, which concluded in its investigation closing letter, dated November 22, 2019, that it was unable to verify the February 17, 2018 phone calls. The IG's report, issued on March 24, 2020, did, however, include a full review of the relevant recorded phone conversations from February 17, 2018. It is therefore likely that the IG only obtained those recordings after November 22, 2019—unless the City deliberately withheld them from the FAA's investigators.

[15] Deposition Testimony of Veronica Martinez, Transcr. pp. 153–154 ("Q. How did you learn about this phone call?" "A. People were--they were pulling records in the office. I think David may have been involved.")

**Conclusion**

Because of the history of discovery in this case, in which the City has, on more than one occasion, produced documents and ESI it had previously claimed did not exist, and for all the other reasons explained both here and earlier, the Court should grant Plaintiff's motion to compel. And if the City still claims to be unable or unwilling to produce the responsive records, Plaintiff will have to consider his options, among them the filing of a motion seeking sanctions for the City's spoliation of evidence under Fed. R. Civ. P. 37(e). Such a motion would be well taken in view of (1) the obvious materiality and importance of the "unavailable" information and (2) the City's having been under a clear duty to preserve such critical evidence.[16]

Date: March 12, 2023                                    Respectfully submitted,

---

[16] The City was undeniably aware of pending federal administrative claims, and of the potential for litigation, as early as October/November of 2018. The requested recordings were "rendered unavailable" after the Defendants became aware that Conway was retaining counsel to protect himself against retaliation and while three different sets of City attorneys were responding to an FAA, an OSHA, and an OIG investigation into management misconduct, which they knew stemmed from Conway's complaints—including complaints that he was being unfairly disciplined, *see, e.g.*, Exh. E, Emails showing defendants had knowledge. Under those circumstances all of the Defendants anticipated litigation. In October or November of 2018, Kaufman and Simos each retained his own separate attorney to advise him on how to respond to Conway's complaints. At that same time, O'Donnell involved CDA counsel Elizabeth Granadoz-Perez and the CDA Commissioner in an attempt to declare Conway mentally unfit for duty. On O'Donnell's advice, the CDA hired outside counsel, Kaplan & Kirsch, in October or November of 2018, to respond to Conway's complaints to the FAA. In October or November of 2018, the City appointed assistant corporate counsel Dan Broadwell to handle its response to Conway's OSHA complaint. And likely in 2019, the CDA hired outside counsel at Taft, Stettinius, and Hollister LLP, to handle Conway's internal administrative appeal to the City's human resources board. Litigation regarding Conway's treatment by management was already underway when O'Donnell removed Conway from his job on trumped-up charges, in connection with which she admits she personally reviewed the materials Plaintiff is now requesting. But those materials somehow vanished together with the reportedly "unhelpful" recordings of ops communications the City also refuses to produce.

*/s/Michael Halberstam*
Subodh Chandra (Ohio 0069233)
Donald Screen (Ohio 0044070)
Michael Halberstam (Ohio 0098269)
 THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113
216.578.1700 Phone / 216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com
Michael.Halberstam@ChandraLaw.com

*/s/Jamie S. Franklin*
Jamie S. Franklin
Assistant Clinical Professor of Law
ARDC No. 6242916
Employment and Civil Litigation Clinic
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661
312.906.5048 Phone / 312.906.5299 Fax
jfranklin5@kentlaw.iit.edu

*Attorneys for Plaintiff Michael Conway*

**CERTIFICATE OF SERVICE**

I certify that on March 12, 2023, my office served a copy of this document on all counsel of record via ECF and by email.

/s/ *Michael Halberstam*

*One of the attorneys for Plaintiff Michael Conway*

Exhibit A to
**PLAINTIFF MICHAEL CONWAY'S *REPLY IN SUPPORT OF HIS MOTION TO COMPEL THE PRODUCTION OF CERTAIN DOCUMENTS, RECORDINGS, AND DATA***



**CHICAGO DEPARTMENT OF AVIATION**
CITY OF CHICAGO

**PRE-DISCIPLINARY MEETING NOTICE**

| | |
|---|---|
| **Employee's Name:** | Michael Conway |
| **Pre-Disciplinary Meeting Date:** | 02/28/2019 |
| **Pre-Disciplinary Meeting Time:** | 10:00 am |
| **Pre-Disciplinary Meeting Location:** | Erin's Conference Room |

**Incident Description:**

On December 11, 2018, I revoked the advanced driving privileges of Mike Conway and instructed Mike Conway that he was not to drive on the movement areas of the airfield at Midway effective immediately and until further advised solely by me. Mike acknowledged his understanding of my directive. Additionally, Mike also went to ID badging to have his Midway Airport ID Badge reissued removing his advanced driving privilege stripe (red stripe) from his badge.

On January 19, 2019, Mike Conway acknowledged my directive prohibiting his driving on the movement areas of the airfield in a phone conversation with General Manager David Kaufman. The recording will be provided at the predisciplinary meeting.

On January 28, 2019, Mike Conway threatened (using intimidating measures) and forced an MTD to escort him from the Terminal Ramp to the South Ramp. Mike knowingly and intentionally violated my directive to not drive on the movement areas of the airfield. Mike used threatening and intimidation factors to force an MTD to perform the escort of his vehicle.

On February 1, 2019, Mike Conway joined an escort caravan of the K5 contractor without the knowledge of the MTD. Mike knowingly and intentionally violated my directive to not drive on the movement areas of the airfield. During my investigation of this matter, I spoke with Mike and his justification for his actions were that he was not aware that he should not be driving on the movement areas of the airfield.

The Pre-Disciplinary Meeting is a fact finding meeting and is your opportunity to defend or explain your actions, or the incident. Your response or lack of response to questions asked regarding the allegations will determine if you are in violation of the rule(s)

**Policy and Procedure Violations:**

07 Falsely representing to a superior the quality and/or quantity of work performed by either the employee making the representation or any other employee.

08 Making false, inaccurate or deliberately incomplete statements in an official inquiry, investigation or other official proceedings.

15 Engaging in any act or conduct prohibited by the Municipal Code of the City of Chicago, the Illinois Compiled Statutes, applicable laws of other states, or federal statutes.

23 Discourteous treatment, including verbal abuse, of any other City employee or member of the public. Provoking or inciting another employee or member of the public to engage in such conduct.

25 Insubordinate actions, including failure to carry out a rule, order or directive related to the performance of the employee?s duty; assaulting, threatening, intimidating or abusing a supervisor either physically or verbally.

26 Restricting production output, encouraging others to do so or supporting others doing so.

29 Failing to take action as needed to complete an assignment or perform a task safely.

33 Interfering with others on the job.

36 Failing to comply, in carrying out any acts in the scope of employment, with laws or departmental rules governing health, safety, and sanitary conditions.

50 Conduct unbecoming an officer or public employee.

**Supporting Documentation**

The Pre-Disciplinary Meeting is a fact finding meeting and is your opportunity to defend or explain your actions, or the incident. Your response or lack of response to questions asked regarding the allegations will determine if you are in violation of the rule(s)

**Policy and Procedure Violations:**

Meeting Supervisor: _____ERIN O DONNELL_____

Date Employee Notified: _refused to sign_____   Employee's Signature: _2.22.2019_____

Information obtained at this meeting may result in discipline. If you want union representation at this meeting it is your responsibility to contact your union steward/representative to inform them of the meeting date and time

witnessed by
Joe Ambrosia

CONWAY.DEF007187

*REDACTED* EXHIBIT B,

FILED PRELIMINARILY UNDER SEAL, PENDING MOTION FOR LEAVE TO FILE UNDER SEAL

Exhibit C to

**PLAINTIFF MICHAEL CONWAY'S *REPLY IN SUPPORT OF HIS MOTION TO COMPEL THE PRODUCTION OF CERTAIN DOCUMENTS, RECORDINGS, AND DATA***

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

| | |
|---|---|
| 10/11/2018 18:00 | 1,317 of 3,448 |

01/02/2018 23:57 -- METAR -- METAR    Posted Date: 01/02/2018 23:57 By: CommWeather    Closed Date: 01/02/2018 23:57 By: CommWeather (Log ID: 809518)
METAR: KMDW 030553Z 20010KT 10SM BKN210 OVC300 M14/M18 A3012 RMK AO2 SLP225 4/002 T11391183 11139 21172 411391233 58035

    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 12:53 AM EST / 2018.01.03 0553 UTC
    Wind: from the SSW (200 degrees) at 12 MPH (10 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: overcast
    Weather: 2 inches of snow on ground
    Temperature: 7.0 F (-13.9 C)
    Windchill: -9 F (-23 C):2
    Dew Point: -0.9 F (-18.3 C)
    Relative Humidity: 69%
    Pressure (altimeter): 30.12 in. Hg (1019 hPa)
    Pressure tendency: 0.10 inches (3.5 hPa) lower than three hours ago

01/03/2018 00:58 -- METAR -- METAR    Posted Date: 01/03/2018 00:58 By: CommWeather    Closed Date: 01/03/2018 00:58 By: CommWeather (Log ID: 809520)
METAR: KMDW 030653Z 22013KT 10SM OVC210 M12/M18 A3009 RMK AO2 SLP215 T11171178

    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 01:53 AM EST / 2018.01.03 0653 UTC
    Wind: from the SW (220 degrees) at 15 MPH (13 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: overcast
    Temperature: 10.9 F (-11.7 C)
    Windchill: -5 F (-21 C):2
    Dew Point: -0.0 F (-17.8 C)
    Relative Humidity: 60%
    Pressure (altimeter): 30.09 in. Hg (1018 hPa)

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01789

CONWAY.DEF009747

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                                    1,318 of 3,448

---

01/03/2018 01:51 -- INSPECTION -- Self INSP    Posted Date: 01/03/2018 03:05 By: jwdixon    Closed Date: 01/03/2018
03:11 By: jwdixon (Log ID: 809532)
Date/Time: 01/03/2018 01:51      Shift: 1
   ---Daily Inspection---
Inspector: jwdixon      Vehicle: 82      Start Time: 01/03/2018 01:51      End Time: 01/03/2018 03:10
 Field Conditions For All Surfaces: C-CLEAR, W-WET
 Other
    IRN: I1712001 (Pavement) [<>]  On RWY-22L APCH east of the edge line and north of TWY-Y6 center line, marked in
orange paint. Refer to map provided.
 4R-22L Rwy
    NOTAM: 1801013 (Field conditions) [<>]  RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801021107.
    IRN: I1711002 (Lighting) [<>]  4R WINDSOCK @ TWY V
 4L-22R Rwy
    NOTAM: 1801020 (sop) [<>]  RWY 04L/22R CLSD
    NOTAM: 1801012 (Field conditions) [<>]  RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801021105.
    IRN: I1708009 (Safety Area) [<>]  NW edge of 22R, South of the threshold lights
 13L-31R Rwy
    NOTAM: 1801021 (sop) [<>]  RWY 13L/31R CLSD
    NOTAM: 1801014 (Field conditions) [<>]  RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801021110.
    IRN: I1711003 (Lighting) [<>]  13L WINDSOCK @ TWY N
 13C-31C Rwy
    NOTAM: 1801011 (Field condition) [<>]  RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801021102.
 13R-31L Rwy
    NOTAM: 1801022 (sop) [<>]  RWY 13R/31L CLSD
    NOTAM: 1801016 (Field conditions) [<>]  RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801021118.
 W
    IRN: I1708004 (Unpaved Area) [<>]  Slightly east of TWY W, NE of  RWY 22R-4L hold short sign. Area is marked with
paint.
Closed Date: 01/03/2018 03:10      Closed By: jwdixon
--------- 3 Attachments ---------

---

01/03/2018 01:58 -- METAR -- METAR    Posted Date: 01/03/2018 01:58 By: CommWeather    Closed Date: 01/03/2018
01:58 By: CommWeather (Log ID: 809522)
METAR: KMDW 030753Z 21011KT 10SM FEW033 OVC110 M11/M17 A3007 RMK AO2 SLP207 T11111172
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 02:53 AM EST / 2018.01.03 0753 UTC
    Wind: from the SSW (210 degrees) at 13 MPH (11 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: overcast
    Temperature: 12.0 F (-11.1 C)
    Windchill: -2 F (-19 C):1
    Dew Point: 1.0 F (-17.2 C)
    Relative Humidity: 60%
    Pressure (altimeter): 30.07 in. Hg (1018 hPa)

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01790

**CONWAY.DEF009748**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

01/03/2018 02:58 -- METAR -- METAR   Posted Date: 01/03/2018 02:58 By: CommWeather   Closed Date: 01/03/2018
02:58 By: CommWeather (Log ID: 809524)
METAR: KMDW 030853Z 21009KT 10SM FEW075 OVC090 M11/M17 A3006 RMK AO2 SLP202 T11111167 56021
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 03:53 AM EST / 2018.01.03 0853 UTC
    Wind: from the SSW (210 degrees) at 10 MPH (9 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: overcast
    Temperature: 12.0 F (-11.1 C)
    Windchill: 0 F (-18 C):1
    Dew Point: 1.9 F (-16.7 C)
    Relative Humidity: 63%
    Pressure (altimeter): 30.06 in. Hg (1017 hPa)
    Pressure tendency: 0.06 inches (2.1 hPa) lower than three hours ago

---

01/03/2018 03:10 -- INSPECTION -- Circuit Lights   Posted Date: 01/03/2018 03:04 By: jwdixon   Closed Date: 01/03/2018
03:10 By: jwdixon (Log ID: 809526)
Date/Time: 01/03/2018 03:10     Inspector: jwdixon
Circuits Lights Total:    [0] New Lights Identified    [0] Total Lights
Closed Date: 01/03/2018 03:10     Closed By: jwdixon

---

01/03/2018 03:10 -- INSPECTION -- Signs   Posted Date: 01/03/2018 03:04 By: jwdixon   Closed Date: 01/03/2018 03:10 By:
jwdixon (Log ID: 809528)
Date/Time: 01/03/2018 03:10     Inspector: jwdixon
Signs Total:    [0] New Signs Identified    [0] Total Signs
Closed Date: 01/03/2018 03:10     Closed By: jwdixon

---

01/03/2018 03:10 -- INSPECTION -- Obstructions   Posted Date: 01/03/2018 03:04 By: jwdixon   Closed Date: 01/03/2018
03:10 By: jwdixon (Log ID: 809530)
Date/Time: 01/03/2018 03:10     Inspector: jwdixon
Obstruction Lights Total:    [0] DOA    [0] FAA    [0] Other
Closed Date: 01/03/2018 03:10     Closed By: jwdixon

---

01/03/2018 03:14 -- NOTAM -- NOTAM Cancel   Posted Date: 01/03/2018 03:17 By: rql   Closed Date: 01/03/2018 03:17 By:
rql (Log ID: 809534)
NOTAM: 1801011   CANCELLED AT: 01/03/2018 03:14     By: rql    ----->ISSUED: 01/02/2018 05:26
From: 01/02/2018 05:02     To: 01/03/2018 05:02
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021102.
Reason: Field condition    Category:
Field AOS: JD      ATCT: ND      FAA/FSS: DNOTAM      Electrician: N/A

---

01/03/2018 03:14 -- NOTAM -- NOTAM Cancel   Posted Date: 01/03/2018 03:17 By: rql   Closed Date: 01/03/2018 03:17 By:
rql (Log ID: 809536)
NOTAM: 1801012   CANCELLED AT: 01/03/2018 03:14     By: rql    ----->ISSUED: 01/02/2018 05:29
From: 01/02/2018 05:05     To: 01/03/2018 05:05
Description: RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021105.
Reason: Field conditions    Category:
Field AOS: JD      ATCT: ND      FAA/FSS: DNOTAM      Electrician: N/A

---

01/03/2018 03:14 -- NOTAM -- NOTAM Cancel   Posted Date: 01/03/2018 03:17 By: rql   Closed Date: 01/03/2018 03:17 By:
rql (Log ID: 809538)
NOTAM: 1801013   CANCELLED AT: 01/03/2018 03:14     By: rql    ----->ISSUED: 01/02/2018 05:30
From: 01/02/2018 05:07     To: 01/03/2018 05:07
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021107.
Reason: Field conditions    Category:
Field AOS: JD      ATCT: ND      FAA/FSS: DNOTAM      Electrician: N/A

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01791

**CONWAY.DEF009749**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00 — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — 1,320 of 3,448

01/03/2018 03:14 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 03:17 By: rql    Closed Date: 01/03/2018 03:17 By:
rql (Log ID: 809540)
NOTAM: 1801014    CANCELLED AT: 01/03/2018 03:14    By: rql    ----->ISSUED: 01/02/2018 05:31
From: 01/02/2018 05:10    To: 01/03/2018 05:10
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021110.
Reason: Field conditions    Category:
Field AOS: JD          ATCT: ND          FAA/FSS: DNOTAM          Electrician: N/A
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

01/03/2018 03:14 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 03:17 By: rql    Closed Date: 01/03/2018 03:17 By:
rql (Log ID: 809542)
NOTAM: 1801015    CANCELLED AT: 01/03/2018 03:14    By: rql    ----->ISSUED: 01/02/2018 05:32
From: 01/02/2018 05:16    To: 01/03/2018 05:16
Description: ALL FICON WET DEICED LIQUID OBSERVED AT 1801021116.
Reason: Field conditions    Category:
Field AOS: JD          ATCT: ND          FAA/FSS: DNOTAM          Electrician: N/A
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

01/03/2018 03:14 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 03:17 By: rql    Closed Date: 01/03/2018 03:17 By:
rql (Log ID: 809544)
NOTAM: 1801016    CANCELLED AT: 01/03/2018 03:14    By: rql    ----->ISSUED: 01/02/2018 05:33
From: 01/02/2018 05:19    To: 01/03/2018 05:19
Description: RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021118.
Reason: Field conditions    Category:
Field AOS: JD          ATCT: ND          FAA/FSS: DNOTAM          Electrician: N/A
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

01/03/2018 03:14 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 03:17 By: rql    Closed Date: 01/03/2018 03:17 By:
rql (Log ID: 809546)
NOTAM: 1801017    CANCELLED AT: 01/03/2018 03:14    By: rql    ----->ISSUED: 01/02/2018 05:35
From: 01/02/2018 05:20    To: 01/03/2018 05:20
Description: ALL FICON 1/8IN DRY SN DEICED LIQUID OBSERVED AT 1801021120.
Reason: Field conditions    Category:
Field AOS: JD          ATCT: ND          FAA/FSS: DNOTAM          Electrician: N/A
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

01/03/2018 03:21 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 03:22 By: aortega    Closed Date: 01/03/2018 03:22
By: aortega (Log ID: 809552)
Light snow flurries observed at 0321 hrs.
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

01/03/2018 03:30 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 03:31 By: rql    Closed Date: 01/03/2018 03:31 By:
rql (Log ID: 809556)
NOTAM: 1801023    ISSUED AT: 01/03/2018 03:31    Processed By: rql    ----->    CANCELED: 01/03/2018 06:31
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
Authorized: RL          ATCT: ND          FAA/FSS: DNOTAM          Electrician: N/A
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

01/03/2018 03:31 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 03:31 By: rql    Closed Date: 01/03/2018 03:31
By: rql (Log ID: 809554)
Prepared By: rql    Requested By: RL
From: 01/03/2018 03:14    To: 01/04/2018 03:14    To Be Issued: 01/03/2018 03:14
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
NOTAM: 1801023    ISSUED AT: 01/03/2018 03:31    CANCELED: 01/03/2018 06:31
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

01/03/2018 03:32 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 03:33 By: rql    Closed Date: 01/03/2018 03:33 By:
rql (Log ID: 809564)
NOTAM: 1801024    ISSUED AT: 01/03/2018 03:33    Processed By: rql    ----->    CANCELED: 01/03/2018 06:31
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
Authorized: RL          ATCT: ND          FAA/FSS: DNOTAM          Electrician: N/A
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01792

**CONWAY.DEF009750**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                  1,321 of 3,448

---

01/03/2018 03:33 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 03:33 By: rql    Closed Date: 01/03/2018 03:33
By: rql (Log ID: 809562)
Prepared By: rql    Requested By: Ops
From: 01/03/2018 03:14    To: 01/04/2018 03:14    To Be Issued: 01/03/2018 03:14
Description: RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
NOTAM: 1801024    ISSUED AT: 01/03/2018 03:33      CANCELED: 01/03/2018 06:31

---

01/03/2018 03:34 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 03:35 By: rql    Closed Date: 01/03/2018 03:35 By:
rql (Log ID: 809574)
NOTAM: 1801025      ISSUED AT: 01/03/2018 03:35    Processed By: rql    ----->    CANCELED: 01/03/2018 06:37
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
Authorized: RL      ATCT: ND      FAA/FSS: DNOTAM      Electrician: N/A

---

01/03/2018 03:35 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 03:35 By: rql    Closed Date: 01/03/2018 03:35
By: rql (Log ID: 809572)
Prepared By: rql    Requested By: Ops
From: 01/03/2018 03:14    To: 01/04/2018 03:14    To Be Issued: 01/03/2018 03:14
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
NOTAM: 1801025    ISSUED AT: 01/03/2018 03:35      CANCELED: 01/03/2018 06:37

---

01/03/2018 03:36 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 03:37 By: rql    Closed Date: 01/03/2018 03:37 By:
rql (Log ID: 809582)
NOTAM: 1801026      ISSUED AT: 01/03/2018 03:37    Processed By: rql    ----->    CANCELED: 01/03/2018 06:31
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
Authorized: RL      ATCT: ND      FAA/FSS: DNOTAM      Electrician: N/A

---

01/03/2018 03:37 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 03:37 By: rql    Closed Date: 01/03/2018 03:37
By: rql (Log ID: 809580)
Prepared By: rql    Requested By: Ops
From: 01/03/2018 03:14    To: 01/04/2018 03:14    To Be Issued: 01/03/2018 03:14
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
NOTAM: 1801026    ISSUED AT: 01/03/2018 03:37      CANCELED: 01/03/2018 06:31

---

01/03/2018 03:39 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 03:39 By: rql    Closed Date: 01/03/2018 03:39
By: rql (Log ID: 809588)
Prepared By: rql    Requested By: Ops
From: 01/03/2018 03:14    To: 01/04/2018 04:14    To Be Issued: 01/03/2018 03:14
Description: TWY ALL FICON WET DEICED LIQUID OBSERVED
Reason: Field Condition
NOTAM: 1801027    ISSUED AT: 01/03/2018 03:39      CANCELED: 01/03/2018 13:24

---

01/03/2018 03:39 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 03:39 By: rql    Closed Date: 01/03/2018 03:39 By:
rql (Log ID: 809590)
NOTAM: 1801027      ISSUED AT: 01/03/2018 03:39    Processed By: rql    ----->    CANCELED: 01/03/2018 13:24
From: 01/03/2018 03:14    To: 01/04/2018 04:14
Description: TWY ALL FICON WET DEICED LIQUID OBSERVED
Reason: Field Condition
Authorized: RL      ATCT: ND      FAA/FSS: DNOTAM      Electrician: N/A

---

OIG 18-0738 01793

**CONWAY.DEF009751**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE

### General for Date>=11/01/2017 and Date<04/01/2018

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                   1,322 of 3,448

---

01/03/2018 03:40 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 03:41 By: rql    Closed Date: 01/03/2018 03:41 By: rql (Log ID: 809598)
NOTAM: 1801028    ISSUED AT: 01/03/2018 03:41    Processed By: rql  ----->  CANCELED: 01/03/2018 06:31
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
Authorized: RL       ATCT: ND    FAA/FSS: DNOTAM    Electrician: N/A

---

01/03/2018 03:41 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 03:41 By: rql    Closed Date: 01/03/2018 03:41 By: rql (Log ID: 809596)
Prepared By: rql    Requested By: Ops
From: 01/03/2018 03:14    To: 01/04/2018 03:14    To Be Issued: 01/03/2018 03:14
Description: RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition
NOTAM: 1801028    ISSUED AT: 01/03/2018 03:41    CANCELED: 01/03/2018 06:31

---

01/03/2018 03:42 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 03:43 By: rql    Closed Date: 01/03/2018 03:43 By: rql (Log ID: 809606)
NOTAM: 1801029    ISSUED AT: 01/03/2018 03:43    Processed By: rql  ----->  CANCELED: 01/03/2018 13:49
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: APRON ALL FICON 1/8IN DRY SN DEICED LIQUID OBSERVED
Reason: Field Condition
Authorized: RL       ATCT: ND    FAA/FSS: DNOTAM    Electrician: N/A

---

01/03/2018 03:43 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 03:43 By: rql    Closed Date: 01/03/2018 03:43 By: rql (Log ID: 809604)
Prepared By: rql    Requested By: Ops
From: 01/03/2018 03:14    To: 01/04/2018 03:14    To Be Issued: 01/03/2018 03:14
Description: APRON ALL FICON 1/8IN DRY SN DEICED LIQUID OBSERVED
Reason: Field Condition
NOTAM: 1801029    ISSUED AT: 01/03/2018 03:43    CANCELED: 01/03/2018 13:49

---

01/03/2018 03:58 -- METAR -- METAR    Posted Date: 01/03/2018 03:58 By: CommWeather    Closed Date: 01/03/2018 03:58 By: CommWeather (Log ID: 809612)
METAR: KMDW 030953Z 23012KT 6SM -SN BR BKN042 OVC060 M10/M16 A3004 RMK AO2 SNB14 SLP194 P0000 T11001156
   CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
   Jan 03, 2018 - 04:53 AM EST / 2018.01.03 0953 UTC
   Wind: from the SW (230 degrees) at 14 MPH (12 KT):0
   Visibility: 6 mile(s):0
   Sky conditions: overcast
   Weather: light snow; mist
   Precipitation last hour: A trace
   Temperature: 14.0 F (-10.0 C)
   Windchill: 0 F (-18 C):1
   Dew Point: 3.9 F (-15.6 C)
   Relative Humidity: 63%
   Pressure (altimeter): 30.04 in. Hg (1017 hPa)

---

OIG 18-0738 01794

**CONWAY.DEF009752**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                 1,323 of 3,448

---

01/03/2018 04:22 -- METAR -- METAR   Posted Date: 01/03/2018 04:22 By: CommWeather    Closed Date: 01/03/2018 04:22 By: CommWeather (Log ID: 809614)
METAR: KMDW 031020Z 24012KT 2SM -SN BR BKN033 OVC050 M10/M14 A3004 RMK AO2 P0000 T11001144
     CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
     Jan 03, 2018 - 05:20 AM EST / 2018.01.03 1020 UTC
     Wind: from the WSW (240 degrees) at 14 MPH (12 KT):0
     Visibility: 2 mile(s):0
     Sky conditions: overcast
     Weather: light snow; mist
     Precipitation last hour: A trace
     Temperature: 14.0 F (-10.0 C)
     Windchill: 0 F (-18 C):1
     Dew Point: 6.1 F (-14.4 C)
     Relative Humidity: 70%
     Pressure (altimeter): 30.04 in. Hg (1017 hPa)

---

01/03/2018 04:31 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 04:33 By: rql    Closed Date: 01/03/2018 04:33 By: rql (Log ID: 809616)
0430 Hrs, MTD Sever notified to get the Drivers on the Brooms, Per Glenn request on the airfield.

---

01/03/2018 04:37 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 04:37 By: rql    Closed Date: 01/03/2018 04:37 By: rql (Log ID: 809618)
CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
Jan 03, 2018 - 05:20 AM EST / 2018.01.03 1020 UTC
Wind: from the WSW (240 degrees) at 14 MPH (12 KT):0
Visibility: 2 mile(s):0
Sky conditions: overcast
Weather: light snow; mist
Precipitation last hour: A trace
Temperature: 14.0 F (-10.0 C)
Windchill: 0 F (-18 C):1
Dew Point: 6.1 F (-14.4 C)
Relative Humidity: 70%
Pressure (altimeter): 30.04 in. Hg (1017 hPa)

---

01/03/2018 04:44 -- METAR -- METAR   Posted Date: 01/03/2018 04:44 By: CommWeather    Closed Date: 01/03/2018 04:44 By: CommWeather (Log ID: 809620)
METAR: KMDW 031040Z 24011KT 9SM -SN FEW027 OVC046 M10/M14 A3003 RMK AO2 P0000 T11001144
     CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
     Jan 03, 2018 - 05:40 AM EST / 2018.01.03 1040 UTC
     Wind: from the WSW (240 degrees) at 13 MPH (11 KT):0
     Visibility: 9 mile(s):0
     Sky conditions: overcast
     Weather: light snow
     Precipitation last hour: A trace
     Temperature: 14.0 F (-10.0 C)
     Windchill: 0 F (-18 C):1
     Dew Point: 6.1 F (-14.4 C)
     Relative Humidity: 70%
     Pressure (altimeter): 30.03 in. Hg (1016 hPa)

---

OIG 18-0738 01795

**CONWAY.DEF009753**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                                                                            1,324 of 3,448

---

01/03/2018 04:56 -- METAR -- METAR   Posted Date: 01/03/2018 04:56 By: CommWeather   Closed Date: 01/03/2018
04:56 By: CommWeather (Log ID: 809622)
METAR: KMDW 031053Z 24009KT 9SM -SN OVC042 M10/M14 A3003 RMK AO2 SLP192 P0000 T11001144
   CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
   Jan 03, 2018 - 05:53 AM EST / 2018.01.03 1053 UTC
   Wind: from the WSW (240 degrees) at 10 MPH (9 KT):0
   Visibility: 9 mile(s):0
   Sky conditions: overcast
   Weather: light snow
   Precipitation last hour: A trace
   Temperature: 14.0 F (-10.0 C)
   Windchill: 1 F (-17 C):1
   Dew Point: 6.1 F (-14.4 C)
   Relative Humidity: 70%
   Pressure (altimeter): 30.03 in. Hg (1016 hPa)

---

01/03/2018 05:04 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 05:06 By: rql   Closed Date: 01/03/2018 05:06 By:
rql (Log ID: 809624)
0504 Hrs. Broom team starting to Broom Rwy 31L.

---

01/03/2018 05:08 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 05:09 By: rql   Closed Date: 01/03/2018 05:09 By:
rql (Log ID: 809626)
15 Brooms total

---

01/03/2018 05:11 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 05:12 By: rql   Closed Date: 01/03/2018 05:12 By:
rql (Log ID: 809628)
0511 Hrs. Brooming Rwy 13C.

---

01/03/2018 05:19 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 05:20 By: rql   Closed Date: 01/03/2018 05:20 By:
rql (Log ID: 809630)
0519 Hrs. Brooming Rwy 31R.

---

01/03/2018 05:29 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 05:31 By: rql   Closed Date: 01/03/2018 05:31 By:
rql (Log ID: 809634)
0529 Hrs. Broom team Brooming Twy N btn Rwy 13C & 22L.

---

01/03/2018 05:32 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 05:33 By: rql   Closed Date: 01/03/2018 05:33 By:
rql (Log ID: 809636)
0532 Hrs. Brooming Rwy 22L.

---

01/03/2018 05:33 -- INSPECTION -- Aircraft Fueler Spot Check   Posted Date: 01/03/2018 05:28 By: jwdixon   Closed Date:
01/03/2018 05:28 By: jwdixon (Log ID: 809632)
Shift: 1   Company Name: NA
Truck Number: N/A   Location: N/A
Driver Name: N/A   Badge Number: N/A
Time: 01/03/2018 05:30   Inspecting Operations Supervisor: jwdixon
Remarks: SNOW

---

01/03/2018 05:38 -- NOTAM -- NOTAM Cancel   Posted Date: 01/03/2018 05:42 By: rql   Closed Date: 01/03/2018 05:42 By:
rql (Log ID: 809638)
NOTAM: 1801020   CANCELLED AT: 01/03/2018 05:38   By: rql   ----->ISSUED: 01/02/2018 16:33
From: 01/02/2018 22:00   To: 01/03/2018 06:00
Description: RWY 04L/22R CLSD
Reason: sop   Category:
Field AOS: GM       ATCT: LG       FAA/FSS: DNOTAM       Electrician: N/A

---

OIG 18-0738 01796

**CONWAY.DEF009754**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                1,325 of 3,448

---

01/03/2018 05:38 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 05:42 By: rql    Closed Date: 01/03/2018 05:42 By: rql (Log ID: 809640)
NOTAM: 1801021    CANCELLED AT: 01/03/2018 05:38    By: rql    ----->ISSUED: 01/02/2018 16:35
From: 01/02/2018 22:00    To: 01/03/2018 06:00
Description: RWY 13L/31R CLSD
Reason: sop    Category:
Field AOS: GM _____ ATCT: LG _____ FAA/FSS: DNOTAM _____ Electrician: N/A _____

01/03/2018 05:38 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 05:42 By: rql    Closed Date: 01/03/2018 05:42 By: rql (Log ID: 809642)
NOTAM: 1801022    CANCELLED AT: 01/03/2018 05:38    By: rql    ----->ISSUED: 01/02/2018 17:04
From: 01/02/2018 22:00    To: 01/03/2018 06:00
Description: RWY 13R/31L CLSD
Reason: sop    Category:
Field AOS: GM _____ ATCT: LG _____ FAA/FSS: DNOTAM _____ Electrician: N/A _____

---

OIG 18-0738 01797

**CONWAY.DEF009755**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

01/03/2018 05:45 -- BRIEF -- Shift Briefing    Posted Date: 01/02/2018 23:26 By: aortega    Closed Date: 01/03/2018 06:02 By:
aortega (Log ID: 809516)
Date/Time: 01/03/2018 05:45        Shift: 1
AOS: aortega      Managers: None        Prepared By: aortega
Commissioner's Briefing:
No airfield incidents to report.
ATIS: "U" 0310532 24009KT 9SM SN OVC042 M10/M14 A3003 ILS 31C L/D 31`s

    809534   RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021102.
    809536   RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021105.
    809538   RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021107.
    809540   RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021110.
    809542   ALL FICON WET DEICED LIQUID OBSERVED AT 1801021116.
    809544   RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801021118.
    809546   ALL FICON 1/8IN DRY SN DEICED LIQUID OBSERVED AT 1801021120.
    809556   RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
    809564   RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
    809574   RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
    809582   RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
    809590   TWY ALL FICON WET DEICED LIQUID OBSERVED
    809598   RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
    809606   APRON ALL FICON 1/8IN DRY SN DEICED LIQUID OBSERVED
    809638   RWY 04L/22R CLSD
    809640   RWY 13L/31R CLSD
    809642   RWY 13R/31L CLSD
    809650   RWY 13L/31R CLSD
    809660   RWY 04L/22R CLSD
    809670   RWY 13R/31L CLSD

Items of Note:
~ Operations performed normal assignments and airfield inspection.
  A.Ortega continued airfield training.
  15 brooms staged on south ramp.
  Load of PA delivered and stored in lower tank at 2255hrs.
  J. Haffner called in 8 hrs SP at 2317hrs.
  Friction numbers for all runways.

~ The MTDs performed sweeper and magnet routes, the tow truck detail, and
  escorted park laborers.
  MTD's used plows to remove snow from various FAA roads.
  MTD's removed snow from runway end lights at 4R.
  All runways broomed.

~ City electricians performed airfield lighting, terminal, parking lot inspection.
  Electricians relamped flashing red light on the stop sign behind 31C on the service road.

~ Park laborers performed landside debris routes.

~ Construction laborers performed service road inspections to include sewers and signs.
  Const. laborers removed snow from GA sign next to the AMC.
Closed Date: 01/03/2018 06:02    Closed User: aortega  — — — — — — — — — — — — — — — — — —

OIG 18-0738 01798

**CONWAY.DEF009756**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                                         1,327 of 3,448

---

01/03/2018 05:45 -- NOTAM -- NOTAM Issue     Posted Date: 01/03/2018 05:47 By: aortega     Closed Date: 01/03/2018 05:47
By: aortega (Log ID: 809650)
NOTAM: 1801030     ISSUED AT: 01/03/2018 05:47     Processed By: aortega  ----->  CANCELED: 01/03/2018 08:14
From: 01/03/2018 05:43     To: 01/03/2018 12:00
Description: RWY 13L/31R CLSD
Reason: SNOW REMOVAL
Authorized: AO            ATCT: LG       FAA/FSS: DNOTAM        Electrician: XX
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/043

---

01/03/2018 05:46 -- SNOW -- Snow Narrative     Posted Date: 01/03/2018 05:47 By: rql     Closed Date: 01/03/2018 05:47 By:
rql (Log ID: 809656)
Rwy 4L has been broomed

---

01/03/2018 05:47 -- NOTAM -- NOTAM Prepare     Posted Date: 01/03/2018 05:47 By: aortega     Closed Date: 01/03/2018
05:47 By: aortega (Log ID: 809648)
Prepared By: aortega     Requested By: AO
From: 01/03/2018 05:43     To: 01/03/2018 12:00     To Be Issued:
Description: RWY 13L/31R CLSD
Reason: SNOW REMOVAL
NOTAM: 1801030     ISSUED AT: 01/03/2018 05:47        CANCELED: 01/03/2018 08:14

---

01/03/2018 05:47 -- NOTAM -- NOTAM Issue     Posted Date: 01/03/2018 05:48 By: aortega     Closed Date: 01/03/2018 05:48
By: aortega (Log ID: 809660)
NOTAM: 1801031     ISSUED AT: 01/03/2018 05:48     Processed By: aortega  ----->  CANCELED: 01/03/2018 08:38
From: 01/03/2018 05:42     To: 01/03/2018 12:00
Description: RWY 04L/22R CLSD
Reason: SNOW REMOVAL
Authorized: AO            ATCT: LG       FAA/FSS: DNOTAM        Electrician: XX
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/042

---

01/03/2018 05:47 -- SNOW -- Snow Narrative     Posted Date: 01/03/2018 05:48 By: rql     Closed Date: 01/03/2018 05:48 By:
rql (Log ID: 809666)
0546: Twy P being broom

---

01/03/2018 05:48 -- NOTAM -- NOTAM Prepare     Posted Date: 01/03/2018 05:48 By: aortega     Closed Date: 01/03/2018
05:48 By: aortega (Log ID: 809658)
Prepared By: aortega     Requested By: AO
From: 01/03/2018 05:42     To: 01/03/2018 12:00     To Be Issued:
Description: RWY 04L/22R CLSD
Reason: SNOW REMOVAL
NOTAM: 1801031     ISSUED AT: 01/03/2018 05:48        CANCELED: 01/03/2018 08:38

---

01/03/2018 05:48 -- NOTAM -- NOTAM Issue     Posted Date: 01/03/2018 05:49 By: aortega     Closed Date: 01/03/2018 05:49
By: aortega (Log ID: 809670)
NOTAM: 1801032     ISSUED AT: 01/03/2018 05:49     Processed By: aortega  ----->  CANCELED: 01/03/2018 12:49
From: 01/03/2018 05:41     To: 01/03/2018 12:00
Description: RWY 13R/31L CLSD
Reason: SNOW REMOVAL
Authorized: AO            ATCT: LG       FAA/FSS: DNOTAM        Electrician: XX
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/041

---

01/03/2018 05:49 -- NOTAM -- NOTAM Prepare     Posted Date: 01/03/2018 05:49 By: aortega     Closed Date: 01/03/2018
05:49 By: aortega (Log ID: 809668)
Prepared By: aortega     Requested By: AO
From: 01/03/2018 05:41     To: 01/03/2018 12:00     To Be Issued:
Description: RWY 13R/31L CLSD
Reason: SNOW REMOVAL
NOTAM: 1801032     ISSUED AT: 01/03/2018 05:49        CANCELED: 01/03/2018 12:49

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01799

**CONWAY.DEF009757**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                 1,328 of 3,448

---

01/03/2018 05:52 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 05:53 By: rql    Closed Date: 01/03/2018 05:53 By:
rql (Log ID: 809676)
0552 Hrs. Broom team at the south ramp, clear from the airfield.

---

01/03/2018 05:54 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 05:55 By: rql    Closed Date: 01/03/2018 05:55 By:
rql (Log ID: 809678)
CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
Jan 03, 2018 - 05:53 AM EST / 2018.01.03 1053 UTC
Wind: from the WSW (240 degrees) at 10 MPH (9 KT):0
Visibility: 9 mile(s):0
Sky conditions: overcast
Weather: light snow
Precipitation last hour: A trace
Temperature: 14.0 F (-10.0 C)
Windchill: 1 F (-17 C):1
Dew Point: 6.1 F (-14.4 C)
Relative Humidity: 70%
Pressure (altimeter): 30.03 in. Hg (1016 hPa)

---

01/03/2018 05:56 -- METAR -- METAR    Posted Date: 01/03/2018 05:56 By: CommWeather    Closed Date: 01/03/2018
05:56 By: CommWeather (Log ID: 809680)
METAR: KMDW 031153Z 24011KT 4SM -SN BR SCT034 OVC065 M10/M13 A3003 RMK AO2 SLP192 4/002 P0000 60000
T11001133 11100 21139 56010
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 06:53 AM EST / 2018.01.03 1153 UTC
    Wind: from the WSW (240 degrees) at 13 MPH (11 KT):0
    Visibility: 4 mile(s):0
    Sky conditions: overcast
    Weather: light snow; mist; 2 inches of snow on ground
    Precipitation last hour: A trace
    Temperature: 14.0 F (-10.0 C)
    Windchill: 0 F (-18 C):1
    Dew Point: 8.1 F (-13.3 C)
    Relative Humidity: 76%
    Pressure (altimeter): 30.03 in. Hg (1016 hPa)
    Pressure tendency: 0.03 inches (1.0 hPa) lower than three hours ago

---

01/03/2018 06:17 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 07:10 By: jwa    Closed Date: 01/03/2018 07:10
By: jwa (Log ID: 809746)
Date/Time: 01/03/2018 06:17  AOS: jd
Runway: 31C    Touchdown        Method: Bowmonk
A: 71  B: 74  C: 79  Average: 74.667
Closed Date: 01/03/2018 07:10    Closed By: jwa

---

OIG 18-0738 01800

**CONWAY.DEF009758**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                          1,329 of 3,448

---

01/03/2018 06:24 -- INSPECTION -- Self INSP    Posted Date: 01/03/2018 09:41 By: mconway    Closed Date: 01/03/2018
09:41 By: mconway (Log ID: 809870)
Date/Time: 01/03/2018 06:24     Shift: 2
      ---Daily Inspection---
Inspector: mconway    Vehicle: 87    Start Time: 01/03/2018 06:24    End Time: 01/03/2018 09:40
  Field Conditions For All Surfaces:  REFER TO FCR
  4R-22L Rwy
      NOTAM: 1801037 (surface) [I>]  RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 70 PRCT 1/8IN DRY SN
AND 30 PRCT WET DEICED LIQUID OBSERVED AT 1801031358.
      NOTAM: 1801036 (sarvave) [IC]  RWY 22L FICON 5/5/5 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 10 PRCT 1/8IN
DRY SN AND 90 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED LIQUID OBS
      NOTAM: 1801034 (surface) [IC]  RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801031237.
      IRN: I1711002 (Lighting) [<>]  4R WINDSOCK @ TWY V
  4L-22R Rwy
      NOTAM: 1801039 (surface) [I>]  RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801031435.
      NOTAM: 1801031 (SNOW REMOVAL) [<C]  RWY 04L/22R CLSD
      IRN: I1708009 (Safety Area) [<>]  NW edge of 22R, South of the threshold lights
  13L-31R Rwy
      NOTAM: 1801038 (surface) [I>]  RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801031412.
      NOTAM: 1801030 (SNOW REMOVAL) [<C]  RWY 13L/31R CLSD
      IRN: I1711003 (Lighting) [<>]  13L WINDSOCK @ TWY N
  13C-31C Rwy
      NOTAM: 1801040 (surface) [I>]  RWY 31C FICON 5/5/5 20 PRCT 1/8IN DRY SN AND 80 PRCT WET DEICED LIQUID
OBSERVED AT 1801031505.
      NOTAM: 1801035 (SURFACE) [IC]  RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801031255.
      NOTAM: 1801033 (surface) [IC]  RWY 31C FICON 5/5/5 90 PRCT 1/8IN DRY SN AND 10 PRCT WET, 60 PRCT 1/8IN
WET SN AND 40 PRCT WET, 50 PRCT 1/8IN WET SN AND 50 PRCT WET DEICED LIQUID OBS
  13R-31L Rwy
      NOTAM: 1801032 (SNOW REMOVAL) [<>]  RWY 13R/31L CLSD
  W
      IRN: I1708004 (Unpaved Area) [<>]  Slightly east of TWY W, NE of  RWY 22R-4L hold short sign. Area is marked with
paint.
Closed Date: 01/03/2018 09:40    Closed By: mconway
---------   3 Attachments   ---------

---

01/03/2018 06:30 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 06:30 By: jwa    Closed Date: 01/03/2018 06:30
By: jwa (Log ID: 809682)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 06:29    To: 01/04/2018 06:29    To Be Issued: 01/03/2018 06:30
Description: RWY 31C FICON 5/5/5 90 PRCT 1/8IN DRY SN AND 10 PRCT WET, 60 PRCT 1/8IN WET SN AND 40 PRCT
WET, 50 PRCT 1/8IN
          WET SN AND 50 PRCT WET DEICED LIQUID OBS
Reason: surface
NOTAM: 1801033    ISSUED AT: 01/03/2018 06:30    CANCELED: 01/03/2018 06:57

---

OIG 18-0738 01801

**CONWAY.DEF009759**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                    1,330 of 3,448

---

01/03/2018 06:30 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 06:30 By: jwa    Closed Date: 01/03/2018 06:30 By:
jwa (Log ID: 809684)
NOTAM: 1801033    ISSUED AT: 01/03/2018 06:30    Processed By: jwa    ----->    CANCELED: 01/03/2018 06:57
From: 01/03/2018 06:29    To: 01/04/2018 06:29
Description: RWY 31C FICON 5/5/5 90 PRCT 1/8IN DRY SN AND 10 PRCT WET, 60 PRCT 1/8IN WET SN AND 40 PRCT
WET, 50 PRCT 1/8IN
        WET SN AND 50 PRCT WET DEICED LIQUID OBS
Reason: surface
Authorized: ja           ATCT: kk          FAA/FSS: dnotam       Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/044

---

01/03/2018 06:31 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 06:31 By: jwa    Closed Date: 01/03/2018 06:31
By: jwa (Log ID: 809690)
NOTAM: 1801023    CANCELLED AT: 01/03/2018 06:31    By: jwa    ----->ISSUED: 01/03/2018 03:31
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition      Category:
Field AOS: jwd           ATCT: kk          FAA/FSS: dnotam       Electrician: na

---

01/03/2018 06:31 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 06:31 By: jwa    Closed Date: 01/03/2018 06:31
By: jwa (Log ID: 809692)
NOTAM: 1801024    CANCELLED AT: 01/03/2018 06:31    By: jwa    ----->ISSUED: 01/03/2018 03:33
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition      Category:
Field AOS: jwd           ATCT: kk          FAA/FSS: dnotam       Electrician: na

---

01/03/2018 06:31 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 06:31 By: jwa    Closed Date: 01/03/2018 06:31
By: jwa (Log ID: 809694)
NOTAM: 1801026    CANCELLED AT: 01/03/2018 06:31    By: jwa    ----->ISSUED: 01/03/2018 03:37
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition      Category:
Field AOS: jwd           ATCT: kk          FAA/FSS: dnotam       Electrician: na

---

01/03/2018 06:31 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 06:31 By: jwa    Closed Date: 01/03/2018 06:31
By: jwa (Log ID: 809696)
NOTAM: 1801028    CANCELLED AT: 01/03/2018 06:31    By: jwa    ----->ISSUED: 01/03/2018 03:41
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition      Category:
Field AOS: jwd           ATCT: kk          FAA/FSS: dnotam       Electrician: na

---

01/03/2018 06:33 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 07:11 By: jwa    Closed Date: 01/03/2018 07:11
By: jwa (Log ID: 809748)
Date/Time: 01/03/2018 06:33 AOS: mgc
Runway: 22L    Touchdown    Method: Bowmonk
A: 85  B: 90  C: 84  Average: 86.333
Closed Date: 01/03/2018 07:11    Closed By: jwa

---

01/03/2018 06:37 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 06:38 By: jwa    Closed Date: 01/03/2018 06:38 By:
jwa (Log ID: 809704)
NOTAM: 1801034    ISSUED AT: 01/03/2018 06:38    Processed By: jwa    ----->    CANCELED: 01/03/2018 07:42
From: 01/03/2018 06:37    To: 01/04/2018 06:37
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031237.
Reason: surface
Authorized: ja           ATCT: kk          FAA/FSS: dnotam       Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/045

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01802

CONWAY.DEF009760

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                    1,331 of 3,448

---

01/03/2018 06:37 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 06:39 By: jwa    Closed Date: 01/03/2018 06:39
By: jwa (Log ID: 809710)
NOTAM: 1801025   CANCELLED AT: 01/03/2018 06:37    By: jwa   ----->ISSUED: 01/03/2018 03:35
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
Reason: Field Condition    Category:
Field AOS: jwd          ATCT: kk        FAA/FSS: dnotam        Electrician: na

01/03/2018 06:38 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 06:38 By: jwa    Closed Date: 01/03/2018 06:38
By: jwa (Log ID: 809702)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 06:37    To: 01/04/2018 06:37    To Be Issued: 01/03/2018 06:37
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031237.
Reason: surface
NOTAM: 1801034   ISSUED AT: 01/03/2018 06:38        CANCELED: 01/03/2018 07:42

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01803

**CONWAY.DEF009761**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

01/03/2018 06:42 -- BRIEF -- Shift Briefing   Posted Date: 01/03/2018 06:43 By: jwa   Closed Date: 01/03/2018 13:58 By: jwa
(Log ID: 809716)
Date/Time: 01/03/2018 06:42    Shift: 2
AOS: jwa   Managers: dk   Prepared By: jwa
Commissioner's Briefing:
No airfield incidents
ATIS: G 031853Z 32015KT 7SM -SN SCT029 BKN047 OVC055 M08/M14 A3004 ILS 31C l/d 31

  809684   RWY 31C FICON 5/5/5 90 PRCT 1/8IN DRY SN AND 10 PRCT WET, 60 PRCT 1/8IN WET SN AND 40 PRCT WET, 50 PRCT 1/8IN WET SN AND 50 PRCT WET DEICED LIQUID OBSERVED AT 1801031229.
  809690   RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
  809692   RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
  809694   RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
  809696   RWY 31L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
  809704   RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031237.
  809710   RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED
  809726   RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031255.
  809732   RWY 31C FICON 5/5/5 90 PRCT 1/8IN DRY SN AND 10 PRCT WET, 60 PRCT 1/8IN WET SN AND 40 PRCT WET, 50 PRCT 1/8IN WET SN AND 50 PRCT WET DEICED LIQUID OBSERVED AT 1801031229.
  809762   RWY 22L FICON 5/5/5 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED LIQUID OBSERVED AT 1801031337.
  809768   RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031237.
  809784   RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED LIQUID OBSERVED AT 1801031358.
  809790   RWY 22L FICON 5/5/5 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED LIQUID OBSERVED AT 1801031337.
  809802   RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031412.
  809808   RWY 13L/31R CLSD
  809828   RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031435.
  809834   RWY 04L/22R CLSD
  809848   RWY 31C FICON 5/5/5 20 PRCT 1/8IN DRY SN AND 80 PRCT WET DEICED LIQUID OBSERVED AT 1801031505.
  809854   RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031255.
  809878   RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031548.
  809884   RWY 31C FICON 5/5/5 20 PRCT 1/8IN DRY SN AND 80 PRCT WET DEICED LIQUID OBSERVED AT 1801031505.
  809890   RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031435.
  809894   RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031412.
  809900   RWY 04L/22R CLSD
  809908   RWY 13L/31R CLSD
  809940   RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031656.
  809946   RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED LIQUID OBSERVED AT 1801031358.
  809954   RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031702.
  809962   RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031548.
  809970   RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031718.
  809976   RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031656.
  809992   RWY 31C FICON 5/5/5 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031801.
  810000   RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031702.
  810014   RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031815.
  810022   RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031718.
  810042   RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031848.

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

CONWAY.DEF009762

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                    1,333 of 3,448

---

810048   RWY 13R/31L CLSD
810062   RWY 22R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031913.
810068   RWY 04L/22R CLSD
810070   RWY 13L/31R CLSD
810078   RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031825.
810086   ALL FICON WET DEICED LIQUID OBSERVED AT 1801031923.
810092   TWY ALL FICON WET DEICED LIQUID OBSERVED
810100   ALL FICON 1/8IN DRY SN OVER COMPACTED SN DEICED LIQUID OBSERVED AT 1801031947.
810106   APRON ALL FICON 1/8IN DRY SN DEICED LIQUID OBSERVED

Items of Note:
Deicing & Brooming were done on all rwys and twys.

(10,784 gallons of P/A were used.)

Delay page was sent out at 0700 hrs.

Two loads of potassium acetate were ordered at 0940 hrs. One load
was delivered to the above ground tank

Park laborers completed both landside and airside duties.

City Electricians continue to clean airfield signs on various rwys and twys.

Construction laborers continue to wash brooms inside the AMC.

Larry from City electric called in for the 3rd shift.

Mtds completed normal assignments.
Closed Date: 01/03/2018 13:58        Closed User: jwa

---

01/03/2018 06:44 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 06:45 By: jwa    Closed Date: 01/03/2018 06:45 By:
jwa (Log ID: 809718)
broom team on rwy 31c

---

01/03/2018 06:51 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 07:11 By: jwa    Closed Date: 01/03/2018 07:11
By: jwa (Log ID: 809750)
Date/Time: 01/03/2018 06:51  AOS: mgc
Runway: 31C    Touchdown    Method: Bowmonk
A: 68   B: 70   C: 69   Average: 69
Closed Date: 01/03/2018 07:11        Closed By: jwa

---

01/03/2018 06:56 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 06:57 By: jwa    Closed Date: 01/03/2018 06:57 By:
jwa (Log ID: 809720)
broom team on 13c and bravo twy

---

01/03/2018 06:56 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 06:57 By: jwa    Closed Date: 01/03/2018 06:57 By:
jwa (Log ID: 809726)
NOTAM: 1801035      ISSUED AT: 01/03/2018 06:57    Processed By: jwa  ----->   CANCELED: 01/03/2018 09:07
From: 01/03/2018 06:55   To: 01/04/2018 06:55
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031255.
Reason: SURFACE
Authorized: JA         ATCT: KK         FAA/FSS: DNOTAM       Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/046

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01805

**CONWAY.DEF009763**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00          1,334 of 3,448

---

01/03/2018 06:57 -- METAR -- METAR   Posted Date: 01/03/2018 06:57 By: CommWeather    Closed Date: 01/03/2018
06:57 By: CommWeather (Log ID: 809722)
METAR: KMDW 031253Z 25009KT 6SM -SN BR OVC048 M09/M13 A3004 RMK AO2 SLP195 P0000 T10941128
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 07:53 AM EST / 2018.01.03 1253 UTC
    Wind: from the WSW (250 degrees) at 10 MPH (9 KT):0
    Visibility: 6 mile(s):0
    Sky conditions: overcast
    Weather: light snow; mist
    Precipitation last hour: A trace
    Temperature: 15.1 F (-9.4 C)
    Windchill: 3 F (-16 C):1
    Dew Point: 9.0 F (-12.8 C)
    Relative Humidity: 76%
    Pressure (altimeter): 30.04 in. Hg (1017 hPa)

---

01/03/2018 06:57 -- NOTAM -- NOTAM Prepare   Posted Date: 01/03/2018 06:57 By: jwa    Closed Date: 01/03/2018 06:57
By: jwa (Log ID: 809724)
Prepared By: jwa    Requested By: OPS
From: 01/03/2018 06:55    To: 01/04/2018 06:55    To Be Issued: 01/03/2018 06:56
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031255.
Reason: SURFACE
NOTAM: 1801035   ISSUED AT: 01/03/2018 06:57      CANCELED: 01/03/2018 09:07

---

01/03/2018 06:57 -- NOTAM -- NOTAM Cancel   Posted Date: 01/03/2018 06:58 By: jwa    Closed Date: 01/03/2018 06:58
By: jwa (Log ID: 809732)
NOTAM: 1801033   CANCELLED AT: 01/03/2018 06:57    By: jwa   ----->ISSUED: 01/03/2018 06:30
From: 01/03/2018 06:29    To: 01/04/2018 06:29
Description: RWY 31C FICON 5/5/5 90 PRCT 1/8IN DRY SN AND 10 PRCT WET, 60 PRCT 1/8IN WET SN AND 40 PRCT
WET, 50 PRCT 1/8IN
       WET SN AND 50 PRCT WET DEICED LIQUID OBS
Reason: surface    Category:
Field AOS: MGC       ATCT: KK       FAA/FSS: DNOTAM     Electrician: NA

---

01/03/2018 07:03 -- INSPECTION -- Aircraft Fueler Spot Check   Posted Date: 01/03/2018 07:05 By: mgc    Closed Date:
01/03/2018 07:05 By: mgc (Log ID: 809738)

---

01/03/2018 07:05 -- INSPECTION -- Aircraft Fueler Spot Check   Posted Date: 01/03/2018 07:06 By: mgc    Closed Date:
01/03/2018 07:06 By: mgc (Log ID: 809740)
Shift: 2    Company Name: Signature Flight Support
Truck Number: N/A    Location: N/A
Driver Name: N/A    Badge Number: N/A
Time: 01/03/2018 07:05    Inspecting Operations Supervisor: MGC
Remarks: NO INSPECTION - SNOW REMOVAL

---

01/03/2018 07:06 -- INSPECTION -- Aircraft Fueler Spot Check   Posted Date: 01/03/2018 07:07 By: mgc    Closed Date:
01/03/2018 07:07 By: mgc (Log ID: 809742)
Shift: 2    Company Name: Swissport
Truck Number: N/A    Location: N/A
Driver Name: N/A    Badge Number: N/A
Time: 01/03/2018 07:06    Inspecting Operations Supervisor: MGC
Remarks: NO INSPECTION - SNOW REMOVAL

---

01/03/2018 07:08 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 07:09 By: jwa    Closed Date: 01/03/2018 07:09 By:
jwa (Log ID: 809744)
broom team completed whiskey. working on 4r pad

---

01/03/2018 07:13 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 07:13 By: jwa    Closed Date: 01/03/2018 07:13 By:
jwa (Log ID: 809752)
broom team completed papa/ kilo intersection. On Rwy 31c pad

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01806

**CONWAY.DEF009764**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                           1,335 of 3,448

---

01/03/2018 07:28 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 07:29 By: jwa    Closed Date: 01/03/2018 07:29 By:
jwa (Log ID: 809754)
broom team on rwy 31L

---

01/03/2018 07:32 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 07:33 by jwa    Closed Date: 01/03/2018 07:33
By: jwa (Log ID: 809756)
Date/Time: 01/03/2018 07:32 AOS: MGC
Runway: 22L    Touchdown    Method: Bowmonk
A: 57  B: 55  C: 61  Average: 57.667
Closed Date: 01/03/2018 07:33    Closed By: jwa

---

01/03/2018 07:40 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 07:41 By: jwa    Closed Date: 01/03/2018 07:41 By:
jwa (Log ID: 809758)
broom team completed tango papa yankee
on 31r

---

01/03/2018 07:41 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 07:42 By: jwa    Closed Date: 01/03/2018 07:42 By:
jwa (Log ID: 809762)
NOTAM: 1801036    ISSUED AT: 01/03/2018 07:42    Processed By: jwa   ----->   CANCELED: 01/03/2018 08:00
From: 01/03/2018 07:37    To: 01/04/2018 07:37
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 10 PRCT 1/8IN DRY SN AND 90 PRCT
WET, 70 PRCT 1/8IN
          DRY SN AND 30 PRCT WET DEICED LIQUID OBS
Reason: surfave
Authorized: ja          ATCT: kk          FAA/FSS: dnotam          Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/047

---

01/03/2018 07:42 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 07:42 By: jwa    Closed Date: 01/03/2018 07:42
By: jwa (Log ID: 809760)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 07:37    To: 01/04/2018 07:37    To Be Issued: 01/03/2018 07:41
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 10 PRCT 1/8IN DRY SN AND 90 PRCT
WET, 70 PRCT 1/8IN
          DRY SN AND 30 PRCT WET DEICED LIQUID OBS
Reason: surfave
NOTAM: 1801036    ISSUED AT: 01/03/2018 07:42    CANCELED: 01/03/2018 08:00

---

01/03/2018 07:42 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 07:43 By: jwa    Closed Date: 01/03/2018 07:43
By: jwa (Log ID: 809768)
NOTAM: 1801034    CANCELLED AT: 01/03/2018 07:42    By: jwa   ----->ISSUED: 01/03/2018 06:38
From: 01/03/2018 06:37    To: 01/04/2018 06:37
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031237.
Reason: surface    Category:
Field AOS: jwd          ATCT: kk          FAA/FSS: dnotam          Electrician: na

---

01/03/2018 07:53 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 07:54 By: jwa    Closed Date: 01/03/2018 07:54 By:
jwa (Log ID: 809774)
broom team on rwy 22l

---

01/03/2018 07:55 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 07:56 By: jwa    Closed Date: 01/03/2018 07:56 By:
jwa (Log ID: 809776)
broom team 22l transitions

---

01/03/2018 07:55 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 08:11 By: jwa    Closed Date: 01/03/2018 08:11
By: jwa (Log ID: 809796)
Date/Time: 01/03/2018 07:55 AOS: mgc
Runway: 31C    Touchdown    Method: Bowmonk
A: 60  B: 61  C: 66  Average: 62.333
Closed Date: 01/03/2018 08:11    Closed By: jwa

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01807

**CONWAY.DEF009765**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                                          1,336 of 3,448

---

01/03/2018 07:57 -- METAR -- METAR   Posted Date: 01/03/2018 07:57 By: CommWeather   Closed Date: 01/03/2018
07:57 By: CommWeather (Log ID: 809778)
METAR: KMDW 031353Z 25008KT 6SM -SN BR OVC042 M09/M12 A3003 RMK AO2 SLP192 P0000 T10941122
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 08:53 AM EST / 2018.01.03 1353 UTC
    Wind: from the WSW (250 degrees) at 9 MPH (8 KT):0
    Visibility: 6 mile(s):0
    Sky conditions: overcast
    Weather: light snow; mist
    Precipitation last hour: A trace
    Temperature: 15.1 F (-9.4 C)
    Windchill: 3 F (-16 C):1
    Dew Point: 10.0 F (-12.2 C)
    Relative Humidity: 80%
    Pressure (altimeter): 30.03 in. Hg (1016 hPa)

---

01/03/2018 07:58 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 07:59 By: jwa   Closed Date: 01/03/2018 07:59 By:
jwa (Log ID: 809780)
broom team on yankee

---

01/03/2018 07:59 -- NOTAM -- NOTAM Issue   Posted Date: 01/03/2018 08:00 By: jwa   Closed Date: 01/03/2018 08:00 By:
jwa (Log ID: 809784)
NOTAM: 1801037     ISSUED AT: 01/03/2018 08:00     Processed By: jwa   ----->   CANCELED: 01/03/2018 10:59
From: 01/03/2018 07:58   To: 01/04/2018 07:58
Description: RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED
LIQUID OBSERVED
        AT 1801031358.
Reason: surface
Authorized: ja          ATCT: kk          FAA/FSS: dnotam          Electrician: na
 * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/048

---

01/03/2018 08:00 -- NOTAM -- NOTAM Prepare   Posted Date: 01/03/2018 08:00 By: jwa   Closed Date: 01/03/2018 08:00
By: jwa (Log ID: 809782)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 07:58     To: 01/04/2018 07:58     To Be Issued: 01/03/2018 07:59
Description: RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED
LIQUID OBSERVED
        AT 1801031358.
Reason: surface
NOTAM: 1801037     ISSUED AT: 01/03/2018 08:00     CANCELED: 01/03/2018 10:59

---

01/03/2018 08:00 -- NOTAM -- NOTAM Cancel   Posted Date: 01/03/2018 08:01 By: jwa   Closed Date: 01/03/2018 08:01
By: jwa (Log ID: 809790)
NOTAM: 1801036    CANCELLED AT: 01/03/2018 08:00     By: jwa   ----->ISSUED: 01/03/2018 07:42
From: 01/03/2018 07:37    To: 01/04/2018 07:37
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN DRY SN AND 90 PRCT WET, 10 PRCT 1/8IN DRY SN AND 90 PRCT
WET, 70 PRCT 1/8IN
        DRY SN AND 30 PRCT WET DEICED LIQUID OBS
Reason: surfave    Category:
Field AOS: jwd          ATCT: kk          FAA/FSS: dnotam          Electrician: na

---

01/03/2018 08:11 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 08:11 By: jwa   Closed Date: 01/03/2018 08:11 By:
jwa (Log ID: 809798)
broom team completed rwy 31r

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

**CONWAY.DEF009766**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                          1,337 of 3,448

---

01/03/2018 08:14 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 08:15 By: jwa    Closed Date: 01/03/2018 08:15 By: jwa (Log ID: 809802)
NOTAM: 1801038    ISSUED AT: 01/03/2018 08:15    Processed By: jwa  ----->  CANCELED: 01/03/2018 09:53
From: 01/03/2018 08:12    To: 01/04/2018 08:12
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031412.
Reason: surface
Authorized: ja         ATCT: ll       FAA/FSS: dnotam      Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/049

---

01/03/2018 08:14 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 08:15 By: jwa    Closed Date: 01/03/2018 08:15 By: jwa (Log ID: 809808)
NOTAM: 1801030    CANCELLED AT: 01/03/2018 08:14    By: jwa  ----->ISSUED: 01/03/2018 05:47
From: 01/03/2018 05:43    To: 01/03/2018 12:00
Description: RWY 13L/31R CLSD
Reason: SNOW REMOVAL    Category:
Field AOS: jwd        ATCT: kk      FAA/FSS: dnotam      Electrician: na

---

01/03/2018 08:15 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 08:15 By: jwa    Closed Date: 01/03/2018 08:15 By: jwa (Log ID: 809800)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 08:12    To: 01/04/2018 08:12    To Be Issued: 01/03/2018 08:14
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031412.
Reason: surface
NOTAM: 1801038    ISSUED AT: 01/03/2018 08:15      CANCELED: 01/03/2018 09:53

---

01/03/2018 08:16 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 08:16 By: jwa    Closed Date: 01/03/2018 08:16 By: jwa (Log ID: 809814)
swa 737 reports good b/a on rwy 22l

---

01/03/2018 08:24 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 08:25 By: jwa    Closed Date: 01/03/2018 08:25 By: jwa (Log ID: 809816)
broom tea completed whisky transitions and juliet twy

---

01/03/2018 08:25 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 08:26 By: jwa    Closed Date: 01/03/2018 08:26 By: jwa (Log ID: 809818)
broom tem on rwy 4L

---

01/03/2018 08:35 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 08:36 By: jwa    Closed Date: 01/03/2018 08:36 By: jwa (Log ID: 809820)
broom team completed 4l-22r 100 percent clr /wet

---

01/03/2018 08:36 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 08:37 By: jwa    Closed Date: 01/03/2018 08:37 By: jwa (Log ID: 809822)
swa 737 reports good on rwy 22L.

---

01/03/2018 08:36 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 08:37 By: jwa    Closed Date: 01/03/2018 08:37 By: jwa (Log ID: 809824)
Broom team on the north triangle. getting heads adjusted.

---

01/03/2018 08:37 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 08:38 By: jwa    Closed Date: 01/03/2018 08:38 By: jwa (Log ID: 809828)
NOTAM: 1801039    ISSUED AT: 01/03/2018 08:38    Processed By: jwa  ----->  CANCELED: 01/03/2018 09:53
From: 01/03/2018 08:35    To: 01/04/2018 08:35
Description: RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031435.
Reason: surface
Authorized: ja         ATCT: kk       FAA/FSS: dnotam      Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/050

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01809

**CONWAY.DEF009767**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                                     1,338 of 3,448

---

01/03/2018 08:38 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 08:38 By: jwa    Closed Date: 01/03/2018 08:38
By: jwa (Log ID: 809826)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 08:35    To: 01/04/2018 08:35    To Be Issued: 01/03/2018 08:37
Description: RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031435.
Reason: surface
NOTAM: 1801039    ISSUED AT: 01/03/2018 08:38    CANCELED: 01/03/2018 09:53

---

01/03/2018 08:38 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 08:39 By: jwa    Closed Date: 01/03/2018 08:39
By: jwa (Log ID: 809834)
NOTAM: 1801031    CANCELLED AT: 01/03/2018 08:38    By: jwa    ----->ISSUED: 01/03/2018 05:48
From: 01/03/2018 05:42    To: 01/03/2018 12:00
Description: RWY 04L/22R CLSD
Reason: SNOW REMOVAL    Category:
Field AOS: jwd          ATCT: kk          FAA/FSS: dnotam          Electrician: na

---

01/03/2018 08:38 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 08:53 By: jwa    Closed Date: 01/03/2018 08:53
By: jwa (Log ID: 809840)
Date/Time: 01/03/2018 08:38  AOS: mgc
Runway: 22L    Touchdown    Method: Bowmonk
A: 54    B: 61    C: 60    Average: 58.333
Closed Date: 01/03/2018 08:53    Closed By: jwa

---

01/03/2018 08:58 -- METAR -- METAR    Posted Date: 01/03/2018 08:58 By: CommWeather    Closed Date: 01/03/2018
08:58 By: CommWeather (Log ID: 809842)
METAR: KMDW 031455Z 26008KT 2 1/2SM -SN BR BKN018 OVC042 M09/M12 A3004 RMK AO2 P0000 T10891117
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 09:55 AM EST / 2018.01.03 1455 UTC
    Wind: from the W (260 degrees) at 9 MPH (8 KT):0
    Visibility: 2 1/2 mile(s):0
    Sky conditions: overcast
    Weather: light snow; mist
    Precipitation last hour: A trace
    Temperature: 16.0 F (-8.9 C)
    Windchill: 5 F (-15 C):1
    Dew Point: 10.9 F (-11.7 C)
    Relative Humidity: 80%
    Pressure (altimeter): 30.04 in. Hg (1017 hPa)

---

01/03/2018 08:58 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 08:59 By: jwa    Closed Date: 01/03/2018 08:59 By:
jwa (Log ID: 809844)
broom team on November twy

---

01/03/2018 09:06 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 09:07 By: jwa    Closed Date: 01/03/2018 09:07 By:
jwa (Log ID: 809848)
NOTAM: 1801040    ISSUED AT: 01/03/2018 09:07    Processed By: jwa    ----->  CANCELED: 01/03/2018 09:52
From: 01/03/2018 09:05    To: 01/04/2018 09:05
Description: RWY 31C FICON 5/5/5 20 PRCT 1/8IN DRY SN AND 80 PRCT WET DEICED LIQUID OBSERVED AT
1801031505.
Reason: surface
Authorized: ja          ATCT: kk          FAA/FSS: dnotam          Electrician: na
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/051

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01810

CONWAY.DEF009768

## CONFIDENTIAL - SUBJECT TO PROTECTIVE

### General for Date>=11/01/2017 and Date<04/01/2018

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                                    1,339 of 3,448

---

01/03/2018 09:07 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 09:07 By: jwa    Closed Date: 01/03/2018 09:07
By: jwa (Log ID: 809846)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 09:05    To: 01/04/2018 09:05    To Be Issued: 01/03/2018 09:06
Description: RWY 31C FICON 5/5/5 20 PRCT 1/8IN DRY SN AND 80 PRCT WET DEICED LIQUID OBSERVED AT
1801031505.
Reason: surface
NOTAM: 1801040    ISSUED AT: 01/03/2018 09:07    CANCELED: 01/03/2018 09:52

---

01/03/2018 09:07 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 09:08 By: jwa    Closed Date: 01/03/2018 09:08
By: jwa (Log ID: 809854)
NOTAM: 1801035    CANCELLED AT: 01/03/2018 09:07    By: jwa    ----->ISSUED: 01/03/2018 06:57
From: 01/03/2018 06:55    To: 01/04/2018 06:55
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031255.
Reason: SURFACE    Category:
Field AOS: mgc    ATCT: kk    FAA/FSS: dnotam    Electrician: na

---

01/03/2018 09:08 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 09:08 By: jwa    Closed Date: 01/03/2018 09:08 By:
jwa (Log ID: 809860)
broom teams on rwy 13R and foxtrot twy

---

01/03/2018 09:23 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 09:24 By: jwa    Closed Date: 01/03/2018 09:24 By:
jwa (Log ID: 809862)
broom team on rwy 22L.

---

01/03/2018 09:40 -- INSPECTION -- Circuit Lights    Posted Date: 01/03/2018 09:40 By: mconway    Closed Date: 01/03/2018
09:40 By: mconway (Log ID: 809864)
Date/Time: 01/03/2018 09:40    Inspector: mconway
Circuits Lights Total:   [0] New Lights Identified   [0] Total Lights
Closed Date: 01/03/2018 09:40    Closed By: mconway

---

01/03/2018 09:40 -- INSPECTION -- Signs    Posted Date: 01/03/2018 09:40 By: mconway    Closed Date: 01/03/2018 09:40
By: mconway (Log ID: 809866)
Date/Time: 01/03/2018 09:40    Inspector: mconway
Signs Total:   [0] New Signs Identified   [0] Total Signs
Closed Date: 01/03/2018 09:40    Closed By: mconway

---

01/03/2018 09:40 -- INSPECTION -- Obstructions    Posted Date: 01/03/2018 09:40 By: mconway    Closed Date: 01/03/2018
09:40 By: mconway (Log ID: 809868)
Date/Time: 01/03/2018 09:40    Inspector: mconway
Obstruction Lights Total:   [0] DOA   [0] FAA   [0] Other
Closed Date: 01/03/2018 09:40    Closed By: mconway

---

01/03/2018 09:44 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 10:09 By: jwa    Closed Date: 01/03/2018 10:09
By: jwa (Log ID: 809922)
Date/Time: 01/03/2018 09:44  AOS: mgc
Runway: 31C    Touchdown    Method: Bowmonk
A: 72  B: 75  C: 80  Average: 75.667
Closed Date: 01/03/2018 10:09    Closed By: jwa

---

01/03/2018 09:50 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 09:51 By: jwa    Closed Date: 01/03/2018 09:51 By:
jwa (Log ID: 809872)
deicer team completed rwy 31C and bravo and alpha

---

01/03/2018 09:50 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 09:51 By: jwa    Closed Date: 01/03/2018 09:51 By:
jwa (Log ID: 809874)
deicer team on N twy

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01811

**CONWAY.DEF009769**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                    1,340 of 3,448

---

01/03/2018 09:51 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 09:53 By: jwa    Closed Date: 01/03/2018 09:53 By:
jwa (Log ID: 809878)
NOTAM: 1801041      ISSUED AT: 01/03/2018 09:53    Processed By: jwa    ----->    CANCELED: 01/03/2018 11:04
From: 01/03/2018 09:48    To: 01/04/2018 09:48
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031548.
Reason: surface
Authorized: ja            ATCT: kk        FAA/FSS: dnotam        Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/054

---

01/03/2018 09:52 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 09:53 By: jwa    Closed Date: 01/03/2018 09:53
By: jwa (Log ID: 809884)
NOTAM: 1801040    CANCELLED AT: 01/03/2018 09:52    By: jwa    ----->ISSUED: 01/03/2018 09:07
From: 01/03/2018 09:05    To: 01/04/2018 09:05
Description: RWY 31C FICON 5/5/5 20 PRCT 1/8IN DRY SN AND 80 PRCT WET DEICED LIQUID OBSERVED AT
1801031505.
Reason: surface    Category:
Field AOS: jd            ATCT: kk        FAA/FSS: dnotam        Electrician: na

---

01/03/2018 09:53 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 09:53 By: jwa    Closed Date: 01/03/2018 09:53
By: jwa (Log ID: 809876)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 09:48    To: 01/04/2018 09:48    To Be Issued: 01/03/2018 09:52
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031548.
Reason: surface
NOTAM: 1801041    ISSUED AT: 01/03/2018 09:53        CANCELED: 01/03/2018 11:04

---

01/03/2018 09:53 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 09:54 By: jwa    Closed Date: 01/03/2018 09:54
By: jwa (Log ID: 809890)
NOTAM: 1801039    CANCELLED AT: 01/03/2018 09:53    By: jwa    ----->ISSUED: 01/03/2018 08:38
From: 01/03/2018 08:35    To: 01/04/2018 08:35
Description: RWY 22R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031435.
Reason: surface    Category:
Field AOS: jd            ATCT: kk        FAA/FSS: dnotam        Electrician: na

---

01/03/2018 09:53 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 09:54 By: jwa    Closed Date: 01/03/2018 09:54
By: jwa (Log ID: 809894)
NOTAM: 1801038    CANCELLED AT: 01/03/2018 09:53    By: jwa    ----->ISSUED: 01/03/2018 08:15
From: 01/03/2018 08:12    To: 01/04/2018 08:12
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031412.
Reason: surface    Category:
Field AOS: jd            ATCT: kk        FAA/FSS: dnotam        Electrician: na

---

01/03/2018 09:56 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 09:57 By: jwa    Closed Date: 01/03/2018 09:57 By:
jwa (Log ID: 809900)
NOTAM: 1801042      ISSUED AT: 01/03/2018 09:57    Processed By: jwa    ----->    CANCELED: 01/03/2018 13:15
From: 01/03/2018 09:35    To: 01/05/2018 06:00
Description: RWY 04L/22R CLSD
Reason: BROOMING
Authorized: ja            ATCT: kk        FAA/FSS: dnotam        Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/052

---

01/03/2018 09:57 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 09:57 By: jwa    Closed Date: 01/03/2018 09:57
By: jwa (Log ID: 809898)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 09:35    To: 01/05/2018 06:00    To Be Issued: 01/03/2018 09:56
Description: RWY 04L/22R CLSD
Reason: BROOMING
NOTAM: 1801042    ISSUED AT: 01/03/2018 09:57        CANCELED: 01/03/2018 13:15

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01812

CONWAY.DEF009770

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                    1,341 of 3,448

---

01/03/2018 09:57 -- NOTAM -- NOTAM Issue     Posted Date: 01/03/2018 09:58 By: jwa     Closed Date: 01/03/2018 09:58 By:
jwa (Log ID: 809908)
NOTAM: 1801043     ISSUED AT: 01/03/2018 09:58     Processed By: jwa     ----->   CANCELED: 01/03/2018 13:15
From: 01/03/2018 09:37     To: 01/05/2018 06:00
Description: RWY 13L/31R CLSD
Reason: BROOMING
Authorized: ja          ATCT: kk          FAA/FSS: dnotam          Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/053

---

01/03/2018 09:58 -- NOTAM -- NOTAM Prepare     Posted Date: 01/03/2018 09:58 By: jwa     Closed Date: 01/03/2018 09:58
By: jwa (Log ID: 809906)
Prepared By: jwa     Requested By: ops
From: 01/03/2018 09:37     To: 01/05/2018 06:00     To Be Issued: 01/03/2018 09:57
Description: RWY 13L/31R CLSD
Reason: BROOMING
NOTAM: 1801043     ISSUED AT: 01/03/2018 09:58          CANCELED: 01/03/2018 13:15

---

01/03/2018 09:58 -- METAR -- METAR     Posted Date: 01/03/2018 09:58 By: CommWeather     Closed Date: 01/03/2018
09:58 By: CommWeather (Log ID: 809914)
METAR: KMDW 031553Z 30009KT 2 1/2SM -SN BR FEW018 BKN027 OVC042 M08/M12 A3005 RMK AO2 SLP198 P0000
T10831117
        CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
        Jan 03, 2018 - 10:53 AM EST / 2018.01.03 1553 UTC
        Wind: from the WNW (300 degrees) at 10 MPH (9 KT):0
        Visibility: 2 1/2 mile(s):0
        Sky conditions: overcast
        Weather: light snow; mist
        Precipitation last hour: A trace
        Temperature: 17.1 F (-8.3 C)
        Windchill: 5 F (-15 C):1
        Dew Point: 10.9 F (-11.7 C)
        Relative Humidity: 76%
        Pressure (altimeter): 30.05 in. Hg (1017 hPa)

---

01/03/2018 10:01 -- SNOW -- Snow Narrative     Posted Date: 01/03/2018 10:02 By: jwa     Closed Date: 01/03/2018 10:02 By:
jwa (Log ID: 809916)
deicer team on rwy 22L.

---

01/03/2018 10:03 -- SNOW -- Snow Narrative     Posted Date: 01/03/2018 10:04 By: jwa     Closed Date: 01/03/2018 10:04 By:
jwa (Log ID: 809918)
B/A good on Rwy 31C.

---

01/03/2018 10:04 -- SNOW -- Snow Narrative     Posted Date: 01/03/2018 10:05 By: jwa     Closed Date: 01/03/2018 10:05 By:
jwa (Log ID: 809920)
one deicer  truck is working all twys on sw side of 31C.

---

01/03/2018 10:04 -- INSPECTION -- Friction Test     Posted Date: 01/03/2018 10:10 By: jwa     Closed Date: 01/03/2018 10:10
By: jwa (Log ID: 809924)
Date/Time: 01/03/2018 10:04 AOS: mgc
Runway: 22L     Touchdown     Method: Bowmonk
A: 54   B: 63   C: 67   Average: 61.333
Closed Date: 01/03/2018 10:10     Closed By: jwa

---

01/03/2018 10:22 -- SNOW -- Snow Narrative     Posted Date: 01/03/2018 10:23 By: jwa     Closed Date: 01/03/2018 10:23 By:
jwa (Log ID: 809926)
deicer team on rwy 22L pad and its transitions

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01813

**CONWAY.DEF009771**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                                    1,342 of 3,448

---

01/03/2018 10:37 -- METAR -- METAR    Posted Date: 01/03/2018 10:37 By: CommWeather    Closed Date: 01/03/2018
10:37 By: CommWeather (Log ID: 809928)
METAR: KMDW 031634Z 30008KT 4SM -SN BR SCT018 BKN025 OVC048 M08/M12 A3005 RMK AO2 P0000 T10831122
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 11:34 AM EST / 2018.01.03 1634 UTC
    Wind: from the WNW (300 degrees) at 9 MPH (8 KT):0
    Visibility: 4 mile(s):0
    Sky conditions: overcast
    Weather: light snow; mist
    Precipitation last hour: A trace
    Temperature: 17.1 F (-8.3 C)
    Windchill: 6 F (-14 C):1
    Dew Point: 10.0 F (-12.2 C)
    Relative Humidity: 73%
    Pressure (altimeter): 30.05 in. Hg (1017 hPa)

---

01/03/2018 10:38 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 10:39 By: jwa    Closed Date: 01/03/2018 10:39 By:
jwa (Log ID: 809930)
swa 737 reports good b/a on rwy 31c

---

01/03/2018 10:39 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 10:40 By: jwa    Closed Date: 01/03/2018 10:40 By:
jwa (Log ID: 809932)
broom team completed 22r-4l. 13L-31R AND VARIOUS TWYS ON THE NE SIDE.

---

01/03/2018 10:49 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 10:51 By: jwa    Closed Date: 01/03/2018 10:51 By:
jwa (Log ID: 809934)
DEICER TEAM HEADING TO SOUTH RAMP TO TOP OFF.

22R, 31R, 22L PAD YANKEE TANGO PAPA , COMPLETED

---

01/03/2018 10:55 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 11:21 By: jwa    Closed Date: 01/03/2018 11:21
By: jwa (Log ID: 809982)
Date/Time: 01/03/2018 10:55  AOS: MGC
Runway: 31C   Touchdown    Method: Bowmonk
A: 56  B: 59  C: 79  Average: 64.667
Closed Date: 01/03/2018 11:21    Closed By: jwa

---

01/03/2018 10:56 -- METAR -- METAR    Posted Date: 01/03/2018 10:56 By: CommWeather    Closed Date: 01/03/2018
10:56 By: CommWeather (Log ID: 809936)
METAR: KMDW 031653Z 30011KT 3SM -SN BR SCT021 BKN025 OVC047 M08/M13 A3005 RMK AO2 SLP199 P0000
T10831128
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 11:53 AM EST / 2018.01.03 1653 UTC
    Wind: from the WNW (300 degrees) at 13 MPH (11 KT):0
    Visibility: 3 mile(s):0
    Sky conditions: overcast
    Weather: light snow; mist
    Precipitation last hour: A trace
    Temperature: 17.1 F (-8.3 C)
    Windchill: 3 F (-16 C):1
    Dew Point: 9.0 F (-12.8 C)
    Relative Humidity: 69%
    Pressure (altimeter): 30.05 in. Hg (1017 hPa)

---

01/03/2018 10:57 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 10:57 By: jwa    Closed Date: 01/03/2018 10:57
By: jwa (Log ID: 809938)
Prepared By: jwa    Requested By: OPS
From: 01/03/2018 10:56    To: 01/04/2018 10:56    To Be Issued: 01/03/2018 10:56
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031656.
Reason: SURFACE
NOTAM: 1801044    ISSUED AT: 01/03/2018 10:57        CANCELED: 01/03/2018 11:20

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

# CONFIDENTIAL - SUBJECT TO PROTECTIVE

## General for Date>=11/01/2017 and Date<04/01/2018

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                              1,343 of 3,448

---

01/03/2018 10:57 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 10:57 By: jwa    Closed Date: 01/03/2018 10:57 By:
jwa (Log ID: 809940)
NOTAM: 1801044      ISSUED AT: 01/03/2018 10:57    Processed By: jwa   ----->   CANCELED: 01/03/2018 11:20
From: 01/03/2018 10:56    To: 01/04/2018 10:56
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031656.
Reason: SURFACE
Authorized: JA        ATCT: KK      FAA/FSS: DNOTAM        Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/055

---

01/03/2018 10:59 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 11:00 By: jwa    Closed Date: 01/03/2018 11:00
By: jwa (Log ID: 809946)
NOTAM: 1801037     CANCELLED AT: 01/03/2018 10:59     By: jwa    ----->ISSUED: 01/03/2018 08:00
From: 01/03/2018 07:58    To: 01/04/2018 07:58
Description: RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 70 PRCT 1/8IN DRY SN AND 30 PRCT WET DEICED
LIQUID OBSERVED
          AT 1801031358.
Reason: surface    Category:
Field AOS: MGC          ATCT: KK      FAA/FSS: DNOTAM        Electrician: NA

---

01/03/2018 11:03 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 11:04 By: jwa    Closed Date: 01/03/2018 11:04 By:
jwa (Log ID: 809954)
NOTAM: 1801045      ISSUED AT: 01/03/2018 11:04    Processed By: jwa   ----->   CANCELED: 01/03/2018 12:02
From: 01/03/2018 11:02    To: 01/04/2018 11:02
Description: RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031702.
Reason: SURFACE
Authorized: JA        ATCT: KK      FAA/FSS: DNOTAM        Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/056

---

01/03/2018 11:04 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 11:04 By: jwa    Closed Date: 01/03/2018 11:04
By: jwa (Log ID: 809952)
Prepared By: jwa     Requested By: OPS
From: 01/03/2018 11:02    To: 01/04/2018 11:02    To Be Issued: 01/03/2018 11:03
Description: RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031702.
Reason: SURFACE
NOTAM: 1801045     ISSUED AT: 01/03/2018 11:04     CANCELED: 01/03/2018 12:02

---

01/03/2018 11:04 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 11:05 By: jwa    Closed Date: 01/03/2018 11:05
By: jwa (Log ID: 809962)
NOTAM: 1801041     CANCELLED AT: 01/03/2018 11:04     By: jwa    ----->ISSUED: 01/03/2018 09:53
From: 01/03/2018 09:48    To: 01/04/2018 09:48
Description: RWY 31C FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031548.
Reason: surface    Category:
Field AOS: MGC          ATCT: KK      FAA/FSS: DNOTAM        Electrician: NA

---

01/03/2018 11:13 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 11:22 By: jwa    Closed Date: 01/03/2018 11:22
By: jwa (Log ID: 809984)
Date/Time: 01/03/2018 11:13 AOS: OPS
Runway: 22L  Touchdown      Method: Bowmonk
A: 60  B: 67  C: 80  Average: 69
Closed Date: 01/03/2018 11:22    Closed By: jwa

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

CONWAY.DEF009773

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

| | |
|---|---|
| 10/11/2018 18:00 | 1,344 of 3,448 |

01/03/2018 11:18 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 11:19 By: jwa    Closed Date: 01/03/2018 11:19 By: jwa (Log ID: 809970)
NOTAM: 1801046    ISSUED AT: 01/03/2018 11:19    Processed By: jwa    ----->    CANCELED: 01/03/2018 12:16
From: 01/03/2018 11:18    To: 01/04/2018 11:18
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031718.
Reason: SURFACE
Authorized: JA        ATCT: KK        FAA/FSS: DNOTAM        Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/057

01/03/2018 11:19 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 11:19 By: jwa    Closed Date: 01/03/2018 11:19 By: jwa (Log ID: 809968)
Prepared By: jwa    Requested By: OPS
From: 01/03/2018 11:18    To: 01/04/2018 11:18    To Be Issued: 01/03/2018 11:19
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031718.
Reason: SURFACE
NOTAM: 1801046    ISSUED AT: 01/03/2018 11:19    CANCELED: 01/03/2018 12:16

01/03/2018 11:20 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 11:21 By: jwa    Closed Date: 01/03/2018 11:21 By: jwa (Log ID: 809976)
NOTAM: 1801044    CANCELLED AT: 01/03/2018 11:20    By: jwa    ----->ISSUED: 01/03/2018 10:57
From: 01/03/2018 10:56    To: 01/04/2018 10:56
Description: RWY 22L FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031656.
Reason: SURFACE    Category:
Field AOS: JA        ATCT: KK        FAA/FSS: DNOTAM        Electrician: NA

01/03/2018 11:47 -- METAR -- METAR    Posted Date: 01/03/2018 11:47 By: CommWeather    Closed Date: 01/03/2018 11:47 By: CommWeather (Log ID: 809986)
METAR: KMDW 031743Z 30010KT 6SM -SN BR SCT022 OVC047 M08/M13 A3005 RMK AO2 P0000 T10831133
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 12:43 PM EST / 2018.01.03 1743 UTC
    Wind: from the WNW (300 degrees) at 12 MPH (10 KT):0
    Visibility: 6 mile(s):0
    Sky conditions: overcast
    Weather: light snow; mist
    Precipitation last hour: A trace
    Temperature: 17.1 F (-8.3 C)
    Windchill: 3 F (-16 C):1
    Dew Point: 8.1 F (-13.3 C)
    Relative Humidity: 67%
    Pressure (altimeter): 30.05 in. Hg (1017 hPa)

01/03/2018 11:54 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 12:20 By: jwa    Closed Date: 01/03/2018 12:20 By: jwa (Log ID: 810028)
Date/Time: 01/03/2018 11:54 AOS: MGC
Runway: 31C    Touchdown    Method: Bowmonk
A: 55    B: 60    C: 66    Average: 60.333
Closed Date: 01/03/2018 12:20    Closed By: jwa

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01816

CONWAY.DEF009774

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00 — — — — — — — — — — — — — — — — — — — — — — — — — 1,345 of 3,448

---

01/03/2018 11:56 -- METAR -- METAR   Posted Date: 01/03/2018 11:56 By: CommWeather   Closed Date: 01/03/2018
11:56 By: CommWeather (Log ID: 809988)
METAR: KMDW 031753Z 31010KT 7SM -SN SCT022 OVC047 M08/M13 A3005 RMK AO2 SLP196 4/002 P0000 60000
T10781128 11078 21100 50003
   CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
   Jan 03, 2018 - 12:53 PM EST / 2018.01.03 1753 UTC
   Wind: from the NW (310 degrees) at 12 MPH (10 KT):0
   Visibility: 7 mile(s):0
   Sky conditions: overcast
   Weather: light snow; 2 inches of snow on ground
   Precipitation last hour: A trace
   Temperature: 18.0 F (-7.8 C)
   Windchill: 5 F (-15 C):1
   Dew Point: 9.0 F (-12.8 C)
   Relative Humidity: 67%
   Pressure (altimeter): 30.05 in. Hg (1017 hPa)
   Pressure tendency: 0.01 inches (0.3 hPa) higher than three hours ago

---

01/03/2018 12:01 -- NOTAM -- NOTAM Issue   Posted Date: 01/03/2018 12:02 By: jwa   Closed Date: 01/03/2018 12:02 By:
jwa (Log ID: 809992)
NOTAM: 1801047   ISSUED AT: 01/03/2018 12:02   Processed By: jwa   ----->   CANCELED: 01/03/2018 18:40
From: 01/03/2018 12:01   To: 01/04/2018 12:01
Description: RWY 31C FICON 5/5/5 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN
AND 90 PRCT WET
        DEICED LIQUID OBSERVED AT 1801031801.
Reason: SURFACE
Authorized: JA   ATCT: KK   FAA/FSS: DNOTAM   Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/058

---

01/03/2018 12:02 -- NOTAM -- NOTAM Prepare   Posted Date: 01/03/2018 12:02 By: jwa   Closed Date: 01/03/2018 12:02
By: jwa (Log ID: 809990)
Prepared By: jwa   Requested By: OPS
From: 01/03/2018 12:01   To: 01/04/2018 12:01   To Be Issued: 01/03/2018 12:02
Description: RWY 31C FICON 5/5/5 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN
AND 90 PRCT WET
        DEICED LIQUID OBSERVED AT 1801031801.
Reason: SURFACE
NOTAM: 1801047   ISSUED AT: 01/03/2018 12:02   CANCELED: 01/03/2018 18:40

---

01/03/2018 12:02 -- NOTAM -- NOTAM Cancel   Posted Date: 01/03/2018 12:03 By: jwa   Closed Date: 01/03/2018 12:03
By: jwa (Log ID: 810000)
NOTAM: 1801045   CANCELLED AT: 01/03/2018 12:02   By: jwa   ----->ISSUED: 01/03/2018 11:04
From: 01/03/2018 11:02   To: 01/04/2018 11:02
Description: RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031702.
Reason: SURFACE   Category:
Field AOS: MGC   ATCT: KK   FAA/FSS: DNOTAM   Electrician: NA

---

01/03/2018 12:02 -- SNOW -- Snow Narrative   Posted Date: 01/03/2018 12:04 By: jwa   Closed Date: 01/03/2018 12:04 By:
jwa (Log ID: 810010)
DEICER TEAM COMPLETED 31L-13R, TWY Y BTN F TWY AND PAPA, THE NORTH TRIANGLE.
ECHO 1,2,3 AND Y2,3 AND F2, 3 TWYS

---

01/03/2018 12:07 -- INSPECTION -- Friction Test   Posted Date: 01/03/2018 12:22 By: jwa   Closed Date: 01/03/2018 12:22
By: jwa (Log ID: 810030)
Date/Time: 01/03/2018 12:07 AOS: MGC
Runway: 22L   Touchdown   Method: Bowmonk
A: 70  B: 74   C: 73   Average: 72.333
Closed Date: 01/03/2018 12:22   Closed By: jwa

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01817

**CONWAY.DEF009775**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                                    1,346 of 3,448

---

01/03/2018 12:15 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 12:16 By: jwa    Closed Date: 01/03/2018 12:16 By:
jwa (Log ID: 810014)
NOTAM: 1801048    ISSUED AT: 01/03/2018 12:16    Processed By: jwa    ----->    CANCELED: 01/03/2018 18:40
From: 01/03/2018 12:15    To: 01/04/2018 12:15
Description: RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET
DEICED LIQUID OBSERVED
            AT 1801031815.
Reason: SURFCAE
Authorized: JA          ATCT: MK        FAA/FSS: DNOTAM        Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/059

---

01/03/2018 12:16 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 12:16 By: jwa    Closed Date: 01/03/2018 12:16
By: jwa (Log ID: 810012)
Prepared By: jwa    Requested By: OPS
From: 01/03/2018 12:15    To: 01/04/2018 12:15    To Be Issued: 01/03/2018 12:16
Description: RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET
DEICED LIQUID OBSERVED
            AT 1801031815.
Reason: SURFCAE
NOTAM: 1801048    ISSUED AT: 01/03/2018 12:16    CANCELED: 01/03/2018 18:40

---

01/03/2018 12:16 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 12:17 By: jwa    Closed Date: 01/03/2018 12:17
By: jwa (Log ID: 810022)
NOTAM: 1801046    CANCELLED AT: 01/03/2018 12:16    By: jwa    ----->ISSUED: 01/03/2018 11:19
From: 01/03/2018 11:18    To: 01/04/2018 11:18
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031718.
Reason: SURFACE    Category:
Field AOS: MGC        ATCT: KK        FAA/FSS: DNOTAM        Electrician: NA

---

01/03/2018 12:17 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 12:23 By: jwa    Closed Date: 01/03/2018 12:23
By: jwa (Log ID: 810032)
Date/Time: 01/03/2018 12:17  AOS: MGC
Runway: 22L    Touchdown      Method: Bowmonk
A: 70  B: 74  C: 73  Average: 72.333
Closed Date: 01/03/2018 12:23    Closed By: jwa

---

01/03/2018 12:17 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 12:24 By: jwa    Closed Date: 01/03/2018 12:24
By: jwa (Log ID: 810034)
Date/Time: 01/03/2018 12:17  AOS: MGC
Runway: 31L    Touchdown      Method: Bowmonk
A: 70  B: 74  C: 73  Average: 72.333
Closed Date: 01/03/2018 12:24    Closed By: jwa

---

01/03/2018 12:27 -- INSPECTION -- Friction Test    Posted Date: 01/03/2018 12:48 By: jwa    Closed Date: 01/03/2018 12:48
By: jwa (Log ID: 810038)
Date/Time: 01/03/2018 12:27  AOS: MGC
Runway: 13L    Touchdown      Method: Bowmonk
A: 67  B: 79  C: 76  Average: 74
Closed Date: 01/03/2018 12:48    Closed By: jwa

---

01/03/2018 12:31 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 12:34 By: jwa    Closed Date: 01/03/2018 12:34 By:
jwa (Log ID: 810036)
BROOM TEAM ON RWY 31C

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01818

**CONWAY.DEF009776**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                              1,347 of 3,448

---

01/03/2018 12:49 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 12:49 By: jwa    Closed Date: 01/03/2018 12:49
By: jwa (Log ID: 810040)
Prepared By: jwa     Requested By: OPS
From: 01/03/2018 12:48    To: 01/04/2018 12:48    To Be Issued: 01/03/2018 12:49
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031848.
Reason: SURFACE
NOTAM: 1801049    ISSUED AT: 01/03/2018 12:49       CANCELED: 01/03/2018 19:19

---

01/03/2018 12:49 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 12:49 By: jwa    Closed Date: 01/03/2018 12:49 By:
jwa (Log ID: 810042)
NOTAM: 1801049      ISSUED AT: 01/03/2018 12:49    Processed By: jwa  ----->   CANCELED: 01/03/2018 19:19
From: 01/03/2018 12:48    To: 01/04/2018 12:48
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031848.
Reason: SURFACE
Authorized: JA      ATCT: KK      FAA/FSS: DNOTAM      Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/061

---

01/03/2018 12:49 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 12:50 By: jwa    Closed Date: 01/03/2018 12:50
By: jwa (Log ID: 810048)
NOTAM: 1801032    CANCELLED AT: 01/03/2018 12:49     By: jwa  ----->ISSUED: 01/03/2018 05:49
From: 01/03/2018 05:41    To: 01/03/2018 12:00
Description: RWY 13R/31L CLSD
Reason: SNOW REMOVAL     Category:
Field AOS: MGC       ATCT: KK      FAA/FSS: DNOTAM      Electrician: NA

---

01/03/2018 12:50 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 12:51 By: jwa    Closed Date: 01/03/2018 12:51 By:
jwa (Log ID: 810054)
BROOM TEAM ON RWY 13L

---

01/03/2018 12:56 -- METAR -- METAR    Posted Date: 01/03/2018 12:56 By: CommWeather    Closed Date: 01/03/2018
12:56 By: CommWeather (Log ID: 810056)
METAR: KMDW 031853Z 32015KT 7SM -SN SCT029 BKN047 OVC055 M08/M14 A3004 RMK AO2 SLP193 P0000
T10831139
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 01:53 PM EST / 2018.01.03 1853 UTC
    Wind: from the NW (320 degrees) at 17 MPH (15 KT):0
    Visibility: 7 mile(s):0
    Sky conditions: overcast
    Weather: light snow
    Precipitation last hour: A trace
    Temperature: 17.1 F (-8.3 C)
    Windchill: 1 F (-17 C):1
    Dew Point: 7.0 F (-13.9 C)
    Relative Humidity: 63%
    Pressure (altimeter): 30.04 in. Hg (1017 hPa)

---

01/03/2018 13:03 -- SNOW -- Snow Narrative    Posted Date: 01/03/2018 13:04 By: jwa    Closed Date: 01/03/2018 13:04 By:
jwa (Log ID: 810058)
broom team on rwy 22r

---

01/03/2018 13:13 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 13:14 By: jwa    Closed Date: 01/03/2018 13:14 By:
jwa (Log ID: 810062)
NOTAM: 1801050      ISSUED AT: 01/03/2018 13:14    Processed By: jwa  ----->   CANCELED: 01/03/2018 18:40
From: 01/03/2018 13:13    To: 01/04/2018 13:13
Description: RWY 22R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031913.
Reason: surface
Authorized: ja      ATCT: mk      FAA/FSS: dnotam      Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/062

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

**CONWAY.DEF009777**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                                    1,348 of 3,448

---

01/03/2018 13:14 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 13:14 By: jwa    Closed Date: 01/03/2018 13:14
By: jwa (Log ID: 810060)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 13:13    To: 01/04/2018 13:13    To Be Issued: 01/03/2018 13:13
Description: RWY 22R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031913.
Reason: surface
NOTAM: 1801050    ISSUED AT: 01/03/2018 13:14        CANCELED: 01/03/2018 18:40

---

01/03/2018 13:15 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 13:15 By: jwa    Closed Date: 01/03/2018 13:15
By: jwa (Log ID: 810068)
NOTAM: 1801042    CANCELLED AT: 01/03/2018 13:15        By: jwa    ----->ISSUED: 01/03/2018 09:57
From: 01/03/2018 09:35    To: 01/05/2018 06:00
Description: RWY 04L/22R CLSD
Reason: BROOMING    Category:
Field AOS: mgc        ATCT: MK        FAA/FSS: DNOTAM        Electrician: NA

---

01/03/2018 13:15 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 13:15 By: jwa    Closed Date: 01/03/2018 13:15
By: jwa (Log ID: 810070)
NOTAM: 1801043    CANCELLED AT: 01/03/2018 13:15        By: jwa    ----->ISSUED: 01/03/2018 09:58
From: 01/03/2018 09:37    To: 01/05/2018 06:00
Description: RWY 13L/31R CLSD
Reason: BROOMING    Category:
Field AOS: mgc        ATCT: MK        FAA/FSS: DNOTAM        Electrician: NA

---

01/03/2018 13:15 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 13:16 By: jwa    Closed Date: 01/03/2018 13:16 By:
jwa (Log ID: 810078)
NOTAM: 1801051    ISSUED AT: 01/03/2018 13:16    Processed By: jwa    ----->    CANCELED: 01/03/2018 19:18
From: 01/03/2018 12:25    To: 01/04/2018 12:25
Description: RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031825.
Reason: SURAFCE
Authorized: JA        ATCT: MK        FAA/FSS: DNOTAM        Electrician: NA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/060

---

01/03/2018 13:16 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 13:16 By: jwa    Closed Date: 01/03/2018 13:16
By: jwa (Log ID: 810076)
Prepared By: jwa    Requested By: OPS
From: 01/03/2018 12:25    To: 01/04/2018 12:25    To Be Issued: 01/03/2018 13:15
Description: RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031825.
Reason: SURAFCE
NOTAM: 1801051    ISSUED AT: 01/03/2018 13:16        CANCELED: 01/03/2018 19:18

---

01/03/2018 13:23 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 13:24 By: jwa    Closed Date: 01/03/2018 13:24 By:
jwa (Log ID: 810086)
NOTAM: 1801052    ISSUED AT: 01/03/2018 13:24    Processed By: jwa    ----->    CANCELED: 01/04/2018 16:07
From: 01/03/2018 13:23    To: 01/04/2018 13:23
Description: ALL FICON WET DEICED LIQUID OBSERVED AT 1801031923.
Reason: surface
Authorized: ja        ATCT: mk        FAA/FSS: dnotam        Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/063

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01820

**CONWAY.DEF009778**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                    1,349 of 3,448

---

01/03/2018 13:24 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 13:24 By: jwa    Closed Date: 01/03/2018 13:24
By: jwa (Log ID: 810084)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 13:23    To: 01/04/2018 13:23    To Be Issued: 01/03/2018 13:23
Description: ALL FICON WET DEICED LIQUID OBSERVED AT 1801031923.
Reason: surface
NOTAM: 1801052    ISSUED AT: 01/03/2018 13:24        CANCELED: 01/04/2018 16:07

---

01/03/2018 13:24 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 13:24 By: jwa    Closed Date: 01/03/2018 13:24
By: jwa (Log ID: 810092)
NOTAM: 1801027    CANCELLED AT: 01/03/2018 13:24      By: jwa    ----->ISSUED: 01/03/2018 03:39
From: 01/03/2018 03:14    To: 01/04/2018 04:14
Description: TWY ALL FICON WET DEICED LIQUID OBSERVED
Reason: Field Condition    Category:
Field AOS: mgc        ATCT: mk        FAA/FSS: dnotam        Electrician: na

---

01/03/2018 13:48 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 13:49 By: jwa    Closed Date: 01/03/2018 13:49 By:
jwa (Log ID: 810100)
NOTAM: 1801053    ISSUED AT: 01/03/2018 13:49    Processed By: jwa    ----->    CANCELED: 01/03/2018 19:18
From: 01/03/2018 13:47    To: 01/04/2018 13:47
Description: ALL FICON 1/8IN DRY SN OVER COMPACTED SN DEICED LIQUID OBSERVED AT 1801031947.
Reason: surface
Authorized: ja        ATCT: mk        FAA/FSS: dnotam        Electrician: na
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/064

---

01/03/2018 13:49 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 13:49 By: jwa    Closed Date: 01/03/2018 13:49
By: jwa (Log ID: 810098)
Prepared By: jwa    Requested By: ops
From: 01/03/2018 13:47    To: 01/04/2018 13:47    To Be Issued: 01/03/2018 13:48
Description: ALL FICON 1/8IN DRY SN OVER COMPACTED SN DEICED LIQUID OBSERVED AT 1801031947.
Reason: surface
NOTAM: 1801053    ISSUED AT: 01/03/2018 13:49        CANCELED: 01/03/2018 19:18

---

01/03/2018 13:49 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 13:49 By: jwa    Closed Date: 01/03/2018 13:49
By: jwa (Log ID: 810106)
NOTAM: 1801029    CANCELLED AT: 01/03/2018 13:49      By: jwa    ----->ISSUED: 01/03/2018 03:43
From: 01/03/2018 03:14    To: 01/04/2018 03:14
Description: APRON ALL FICON 1/8IN DRY SN DEICED LIQUID OBSERVED
Reason: Field Condition    Category:
Field AOS: mgc        ATCT: mk        FAA/FSS: dnotam        Electrician: na

---

01/03/2018 13:57 -- METAR -- METAR    Posted Date: 01/03/2018 13:57 By: CommWeather    Closed Date: 01/03/2018
13:57 By: CommWeather (Log ID: 810112)
METAR: KMDW 031953Z 30014KT 10SM FEW029 OVC055 M08/M14 A3005 RMK AO2 SNE37 SLP197 P0000 T10831144
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 02:53 PM EST / 2018.01.03 1953 UTC
    Wind: from the WNW (300 degrees) at 16 MPH (14 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: overcast
    Precipitation last hour: A trace
    Temperature: 17.1 F (-8.3 C)
    Windchill: 1 F (-17 C):1
    Dew Point: 6.1 F (-14.4 C)
    Relative Humidity: 61%
    Pressure (altimeter): 30.05 in. Hg (1017 hPa)

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01821

**CONWAY.DEF009779**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00

1,350 of 3,448

---

01/03/2018 14:57 -- METAR -- METAR   Posted Date: 01/03/2018 14:57 By: CommWeather   Closed Date: 01/03/2018
14:57 By: CommWeather (Log ID: 810114)
METAR: KMDW 032053Z 29015KT 10SM SCT029 BKN055 BKN180 M08/M15 A3007 RMK AO2 SLP203 60000 T10831150
53007
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 03:53 PM EST / 2018.01.03 2053 UTC
    Wind: from the WNW (290 degrees) at 17 MPH (15 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: mostly cloudy
    Temperature: 17.1 F (-8.3 C)
    Windchill: 1 F (-17 C):1
    Dew Point: 5.0 F (-15.0 C)
    Relative Humidity: 58%
    Pressure (altimeter): 30.07 in. Hg (1018 hPa)
    Pressure tendency: 0.02 inches (0.7 hPa) higher than three hours ago

---

01/03/2018 15:04 -- INSPECTION -- Self INSP   Posted Date: 01/03/2018 16:43 By: ibaerga   Closed Date: 01/03/2018
16:43 By: ibaerga (Log ID: 810158)
Date/Time: 01/03/2018 15:04     Shift: 3
    ---Daily Inspection---
Inspector: ibaerga      Vehicle: 82     Start Time:  01/03/2018 15:04     End Time:  01/03/2018 16:42
  Field Conditions For All Surfaces:  REFER TO FCR
  Other
        IRN: I1712001 (Pavement) [<>]  On RWY-22L APCH east of the edge line and north of TWY-Y6 center line, marked in
orange paint. Refer to map provided.
  4R-22L Rwy
        NOTAM: 1801048 (SURFCAE) [<>]  RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 10 PRCT 1/8IN WET
SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031815.
        IRN: I1711002 (Lighting) [<>]  4R WINDSOCK @ TWY V
  4L-22R Rwy
        NOTAM: 1801050 (surface) [<>]  RWY 22R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED
LIQUID OBSERVED AT 1801031913.
        IRN: I1708009 (Safety Area) [<>]  NW edge of 22R, South of the threshold lights
  13L-31R Rwy
        NOTAM: 1801049 (SURFACE) [<>]  RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT
1801031848.
        IRN: I1711003 (Lighting) [<>]  13L WINDSOCK @ TWY N
  13C-31C Rwy
        NOTAM: 1801047 (SURFACE) [<>]  RWY 31C FICON 5/5/5 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT
WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031801.
  13R-31L Rwy
        NOTAM: 1801051 (SURAFCE) [<>]  RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED
LIQUID OBSERVED AT 1801031825.
  W
        IRN: I1708004 (Unpaved Area) [<>]  Slightly east of TWY W, NE of  RWY 22R-4L hold short sign. Area is marked with
paint.
  Closed Date: 01/03/2018 16:42     Closed By: ibaerga
---------    3 Attachments   ---------

---

01/03/2018 15:53 -- GEN -- General Narrative   Posted Date: 01/03/2018 15:55 By: llk   Closed Date: 01/03/2018 15:55 By:
llk (Log ID: 810118)
1553 hrs:  Current airfield lighting MEG readings (attached).

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01822

**CONWAY.DEF009780**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

01/03/2018 15:57 -- METAR -- METAR  Posted Date: 01/03/2018 15:57 By: CommWeather    Closed Date: 01/03/2018
15:57 By: CommWeather (Log ID: 810120)
METAR: KMDW 032153Z 29013KT 10SM SCT030 BKN055 M09/M16 A3010 RMK AO2 SLP212 T10891156
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 04:53 PM EST / 2018.01.03 2153 UTC
    Wind: from the WNW (290 degrees) at 15 MPH (13 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: mostly cloudy
    Temperature: 16.0 F (-8.9 C)
    Windchill: 1 F (-17 C):1
    Dew Point: 3.9 F (-15.6 C)
    Relative Humidity: 58%
    Pressure (altimeter): 30.1 in. Hg (1019 hPa)

---

01/03/2018 16:12 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 16:13 By: llk      Closed Date: 01/03/2018 16:13 By:
llk (Log ID: 810124)
    NOTAM: 1801054      ISSUED AT: 01/03/2018 16:13    Processed By: llk   ----->   CANCELED: 01/04/2018 05:26
    From: 01/03/2018 22:00    To: 01/04/2018 06:00
    Description: RWY 04L/22R CLSD
    Reason: sop
    Authorized: llk          ATCT: mk        FAA/FSS: ddn      Electrician: n/a
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    DNOTAM: 01/065

---

01/03/2018 16:13 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 16:14 By: llk      Closed Date: 01/03/2018 16:14 By:
llk (Log ID: 810134)
    NOTAM: 1801055      ISSUED AT: 01/03/2018 16:14    Processed By: llk   ----->   CANCELED: 01/04/2018 05:25
    From: 01/03/2018 22:00    To: 01/04/2018 06:00
    Description: RWY 13L/31R CLSD
    Reason: sop
    Authorized: llk          ATCT: mk        FAA/FSS: ddn      Electrician: n/a
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    DNOTAM: 01/066

---

01/03/2018 16:14 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 16:15 By: llk      Closed Date: 01/03/2018 16:15 By:
llk (Log ID: 810142)
    NOTAM: 1801056      ISSUED AT: 01/03/2018 16:15    Processed By: llk   ----->   CANCELED: 01/04/2018 05:24
    From: 01/03/2018 22:00    To: 01/04/2018 06:00
    Description: RWY 13R/31L CLSD
    Reason: sop
    Authorized: llk          ATCT: mk        FAA/FSS: ddn      Electrician: n/a
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    DNOTAM: 01/067

---

01/03/2018 16:25 -- GEN -- Run-up Request    Posted Date: 01/03/2018 16:43 By: llk    Closed Date: 01/03/2018 16:43 By: llk
(Log ID: 810152)
    Date/Time: 01/03/2018 16:25      Reported By: llk
    Airline: SWA     Aircraft: 737-700      Tail #: 7815      Flight #: n/a
    Run-up Date: 01/03/2018 16:40      Duration: 15 mins      Run-up Type: High
    Requested By: Phil      Requested By Phone: 773-884-3159
    Run-up Reason:  engine vibe survey
    Run-up Location:  22R apch
    Runway Configuration: 31s      Wind Direction: 300      Wind Speed: 11kt      Approved: YES
    Closed Date: 01/03/2018      Closed By: llk

---

OIG 18-0738 01823

**CONWAY.DEF009781**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00          1,352 of 3,448

---

01/03/2018 16:38 -- GEN -- General Narrative    Posted Date: 01/03/2018 16:40 By: llk    Closed Date: 01/03/2018 16:40 By: llk (Log ID: 810148)

1629 hrs: Per ATC, SWA called BA Nil on Quebec between the 22s. Quebec is clsd in house with tower. AOS Baerga enroute.

1637 hrs: Baerga drove Quebec and also got out of the vehicle to inspect the pavement. No icing conditions found. The pavement remains wet with deicer residue. ATCT was advised and Quebec is open.

---

01/03/2018 16:42 -- INSPECTION -- Circuit Lights    Posted Date: 01/03/2018 16:42 By: ibaerga    Closed Date: 01/03/2018 16:42 By: ibaerga (Log ID: 810150)

Date/Time: 01/03/2018 16:42    Inspector: ibaerga

Circuits Lights Total: [0] New Lights Identified    [0] Total Lights

Closed Date: 01/03/2018 16:42    Closed By: ibaerga

---

01/03/2018 16:42 -- INSPECTION -- Signs    Posted Date: 01/03/2018 16:42 By: ibaerga    Closed Date: 01/03/2018 16:42 By: ibaerga (Log ID: 810154)

Date/Time: 01/03/2018 16:42    Inspector: ibaerga

Signs Total: [0] New Signs Identified    [0] Total Signs

Closed Date: 01/03/2018 16:42    Closed By: ibaerga

---

01/03/2018 16:42 -- INSPECTION -- Obstructions    Posted Date: 01/03/2018 16:42 By: ibaerga    Closed Date: 01/03/2018 16:42 By: ibaerga (Log ID: 810156)

Date/Time: 01/03/2018 16:42    Inspector: ibaerga

Obstruction Lights Total: [0] DOA    [0] FAA    [0] Other

Closed Date: 01/03/2018 16:42    Closed By: ibaerga

---

01/03/2018 16:53 -- GEN -- General Narrative    Posted Date: 01/03/2018 16:55 By: llk    Closed Date: 01/03/2018 16:55 By: llk (Log ID: 810160)

1653 hrs: The MTD foreman has been advised to have one deicer truck place PA on B/N and also on Quebec, as a precautionary measure.

---

01/03/2018 16:58 -- METAR -- METAR    Posted Date: 01/03/2018 16:58 By: CommWeather    Closed Date: 01/03/2018 16:58 By: CommWeather (Log ID: 810162)

METAR: KMDW 032253Z 31010KT 10SM BKN033 BKN055 M09/M16 A3012 RMK AO2 SLP221 T10941156

     CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M

     Jan 03, 2018 - 05:53 PM EST / 2018.01.03 2253 UTC

     Wind: from the NW (310 degrees) at 12 MPH (10 KT):0

     Visibility: 10 mile(s):0

     Sky conditions: mostly cloudy

     Temperature: 15.1 F (-9.4 C)

     Windchill: 1 F (-17 C):1

     Dew Point: 3.9 F (-15.6 C)

     Relative Humidity: 60%

     Pressure (altimeter): 30.12 in. Hg (1019 hPa)

---

01/03/2018 17:29 -- GEN -- General Narrative    Posted Date: 01/03/2018 17:31 By: llk    Closed Date: 01/03/2018 17:31 By: llk (Log ID: 810164)

1729 hrs: Deicing has been completed. The deicer truck is being topped off from the below ground tank.

---

OIG 18-0738 01824

**CONWAY.DEF009782**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                           1,353 of 3,448

---

01/03/2018 17:58 -- METAR -- METAR    Posted Date: 01/03/2018 17:58 By: CommWeather    Closed Date: 01/03/2018
17:58 By: CommWeather (Log ID: 810166)
METAR: KMDW 032353Z 29010KT 10SM SCT027 BKN036 M10/M16 A3015 RMK AO2 SLP229 4/002 60000 T11001161
11078 21100 51025
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 06:53 PM EST / 2018.01.03 2353 UTC
    Wind: from the WNW (290 degrees) at 12 MPH (10 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: mostly cloudy
    Weather: 2 inches of snow on ground
    Temperature: 14.0 F (-10.0 C)
    Windchill: 0 F (-18 C):1
    Dew Point: 3.0 F (-16.1 C)
    Relative Humidity: 60%
    Pressure (altimeter): 30.15 in. Hg (1020 hPa)
    Pressure tendency: 0.07 inches (2.5 hPa) higher than three hours ago

---

01/03/2018 18:21 -- GEN -- General Narrative    Posted Date: 01/03/2018 18:28 By: llk    Closed Date: 01/03/2018 18:28 By:
llk (Log ID: 810172)
A total of 600 gallons of PA were used for B/N and Q.

1815 hrs:  M 0017Z 30010KT -SN BKN025 BKN031 OVC039 M11/M15 30.15 ILS 31C L/D 31S
Per T. Thomas, there is light blowing snow.  No accumulations on the pavement.

ATCT states that a pilot reported slick conditions on Bravo.  AOS Baerga enroutre.  Baerga and Thomas are inspecting the
airfield.

---

01/03/2018 18:22 -- METAR -- METAR    Posted Date: 01/03/2018 18:22 By: CommWeather    Closed Date: 01/03/2018
18:22 By: CommWeather (Log ID: 810168)
METAR: KMDW 040017Z 30010KT 2SM -SN BKN025 BKN031 OVC039 M11/M15 A3016 RMK AO2 SNB2358 P0000
T11061150
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 07:17 PM EST / 2018.01.04 0017 UTC
    Wind: from the WNW (300 degrees) at 12 MPH (10 KT):0
    Visibility: 2 mile(s):0
    Sky conditions: overcast
    Weather: light snow
    Precipitation last hour: A trace
    Temperature: 12.9 F (-10.6 C)
    Windchill: 0 F (-18 C):1
    Dew Point: 5.0 F (-15.0 C)
    Relative Humidity: 70%
    Pressure (altimeter): 30.16 in. Hg (1021 hPa)

---

01/03/2018 18:25 -- METAR -- METAR    Posted Date: 01/03/2018 18:25 By: CommWeather    Closed Date: 01/03/2018
18:25 By: CommWeather (Log ID: 810170)
METAR: KMDW 040020Z 30011KT 1 1/4SM -SN SCT018 BKN025 OVC036 M11/M14 A3016 RMK AO2 SNB2358 P0000
T11061144
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 07:20 PM EST / 2018.01.04 0020 UTC
    Wind: from the WNW (300 degrees) at 13 MPH (11 KT):0
    Visibility: 1 1/4 mile(s):0
    Sky conditions: overcast
    Weather: light snow
    Precipitation last hour: A trace
    Temperature: 12.9 F (-10.6 C)
    Windchill: -2 F (-19 C):1
    Dew Point: 6.1 F (-14.4 C)
    Relative Humidity: 73%
    Pressure (altimeter): 30.16 in. Hg (1021 hPa)

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

**CONWAY.DEF009783**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                          1,354 of 3,448

---

01/03/2018 18:31 -- METAR -- METAR  Posted Date: 01/03/2018 18:31 By: CommWeather    Closed Date: 01/03/2018
18:31 By: CommWeather (Log ID: 810174)
METAR: KMDW 040029Z 32008KT 7SM -SN BKN016 BKN029 OVC036 M11/M14 A3017 RMK AO2 SNB2358 P0000
T11061139
      CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
      Jan 03, 2018 - 07:29 PM EST / 2018.01.04 0029 UTC
      Wind: from the NW (320 degrees) at 9 MPH (8 KT):0
      Visibility: 7 mile(s):0
      Sky conditions: overcast
      Weather: light snow
      Precipitation last hour: A trace
      Temperature: 12.9 F (-10.6 C)
      Windchill: 1 F (-17 C):1
      Dew Point: 7.0 F (-13.9 C)
      Relative Humidity: 76%
      Pressure (altimeter): 30.17 in. Hg (1021 hPa)

---

01/03/2018 18:40 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 18:41 By: llk    Closed Date: 01/03/2018 18:41 By:
llk (Log ID: 810176)
NOTAM: 1801047   CANCELLED AT: 01/03/2018 18:40     By: llk  ----->ISSUED: 01/03/2018 12:02
From: 01/03/2018 12:01     To: 01/04/2018 12:01
Description: RWY 31C FICON 5/5/5 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN
AND 90 PRCT WET
            DEICED LIQUID OBSERVED AT 1801031801.
Reason: SURFACE    Category:
Field AOS: ib          ATCT: mk        FAA/FSS: ddn        Electrician: n/a

---

01/03/2018 18:40 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 18:41 By: llk    Closed Date: 01/03/2018 18:41 By:
llk (Log ID: 810178)
NOTAM: 1801048   CANCELLED AT: 01/03/2018 18:40     By: llk  ----->ISSUED: 01/03/2018 12:16
From: 01/03/2018 12:15     To: 01/04/2018 12:15
Description: RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET
DEICED LIQUID OBSERVED
            AT 1801031815.
Reason: SURFCAE    Category:
Field AOS: ib          ATCT: mk        FAA/FSS: ddn        Electrician: n/a

---

01/03/2018 18:40 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 18:41 By: llk    Closed Date: 01/03/2018 18:41 By:
llk (Log ID: 810180)
NOTAM: 1801050   CANCELLED AT: 01/03/2018 18:40     By: llk  ----->ISSUED: 01/03/2018 13:14
From: 01/03/2018 13:13     To: 01/04/2018 13:13
Description: RWY 22R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801031913.
Reason: surface    Category:
Field AOS: ib          ATCT: mk        FAA/FSS: ddn        Electrician: n/a

---

OIG 18-0738 01826

**CONWAY.DEF009784**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00         1,355 of 3,448

---

01/03/2018 18:56 -- METAR -- METAR   Posted Date: 01/03/2018 18:56 By: CommWeather     Closed Date: 01/03/2018
18:56 By: CommWeather (Log ID: 810186)
METAR: KMDW 040053Z 34011KT 9SM SCT016 BKN025 OVC032 M11/M17 A3017 RMK AO2 SNB2358E53 SLP238 P0000
T11061167

    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 07:53 PM EST / 2018.01.04 0053 UTC
    Wind: from the NNW (340 degrees) at 13 MPH (11 KT):0
    Visibility: 9 mile(s):0
    Sky conditions: overcast
    Precipitation last hour: A trace
    Temperature: 12.9 F (-10.6 C)
    Windchill: -2 F (-19 C):1
    Dew Point: 1.9 F (-16.7 C)
    Relative Humidity: 60%
    Pressure (altimeter): 30.17 in. Hg (1021 hPa)

---

01/03/2018 19:02 -- NOTAM -- NOTAM Issue   Posted Date: 01/03/2018 19:03 By: llk     Closed Date: 01/03/2018 19:03 By:
llk (Log ID: 810190)
NOTAM: 1801057     ISSUED AT: 01/03/2018 19:03     Processed By: llk  ----->   CANCELED: 01/04/2018 16:07
From: 01/03/2018 18:48    To: 01/04/2018 18:48
Description: RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801040048.
Reason: snow
Authorized: llk       ATCT: mk       FAA/FSS: ddn      Electrician: n/a
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/074

---

01/03/2018 19:03 -- NOTAM -- NOTAM Prepare   Posted Date: 01/03/2018 19:03 By: llk     Closed Date: 01/03/2018 19:03 By:
llk (Log ID: 810188)
Prepared By: llk     Requested By: doa ops
From: 01/03/2018 18:48    To: 01/04/2018 18:48    To Be Issued: 01/03/2018 19:02
Description: RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT
1801040048.
Reason: snow
NOTAM: 1801057     ISSUED AT: 01/03/2018 19:03     CANCELED: 01/04/2018 16:07

---

01/03/2018 19:04 -- NOTAM -- NOTAM Prepare   Posted Date: 01/03/2018 19:04 By: llk     Closed Date: 01/03/2018 19:04 By:
llk (Log ID: 810196)
Prepared By: llk     Requested By: doa ops
From: 01/03/2018 18:47    To: 01/04/2018 18:47    To Be Issued: 01/03/2018 19:04
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT
WET, 10 PRCT 1/8IN
     WET SN DEICED LIQUID OBSERVED AT 1801040
Reason: snow
NOTAM: 1801058     ISSUED AT: 01/03/2018 19:04     CANCELED: 01/04/2018 16:07

---

01/03/2018 19:04 -- NOTAM -- NOTAM Issue   Posted Date: 01/03/2018 19:04 By: llk     Closed Date: 01/03/2018 19:04 By:
llk (Log ID: 810198)
NOTAM: 1801058     ISSUED AT: 01/03/2018 19:04     Processed By: llk  ----->   CANCELED: 01/04/2018 16:07
From: 01/03/2018 18:47    To: 01/04/2018 18:47
Description: RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT
WET, 10 PRCT 1/8IN
     WET SN DEICED LIQUID OBSERVED AT 1801040
Reason: snow
Authorized: llk       ATCT: mk       FAA/FSS: ddn      Electrician: n/a
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/073

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

CONWAY.DEF009785

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                                          1,356 of 3,448

---

01/03/2018 19:04 -- INSPECTION -- Aircraft Fueler Spot Check    Posted Date: 01/03/2018 21:14 By: ibaerga    Closed Date: 01/03/2018 21:14 By: ibaerga (Log ID: 810270)

Shift: 3    Company Name: Swissport

Truck Number: 147    Location: A4A

Driver Name: NA    Badge Number: NA

Time: 01/03/2018 19:04    Inspecting Operations Supervisor: ibaerga

Ground Clips: Yes    Dead Man Control: Yes

Fire Extinguishers: Yes    Evidence of Smoking: No

Leaks: No

---

01/03/2018 19:05 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 19:06 By: llk    Closed Date: 01/03/2018 19:06 By: llk (Log ID: 810206)

NOTAM: 1801059    ISSUED AT: 01/03/2018 19:06    Processed By: llk    ----->    CANCELED: 01/03/2018 19:18

From: 01/03/2018 18:50    To: 01/04/2018 18:50

Description: RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040050.

Reason: snow

Authorized: llk            ATCT: mk            FAA/FSS: ddn            Electrician: n/a

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/075

---

01/03/2018 19:06 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 19:06 By: llk    Closed Date: 01/03/2018 19:06 By: llk (Log ID: 810204)

Prepared By: llk    Requested By: doa ops

From: 01/03/2018 18:50    To: 01/04/2018 18:50    To Be Issued: 01/03/2018 19:05

Description: RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040050.

Reason: snow

NOTAM: 1801059    ISSUED AT: 01/03/2018 19:06    CANCELED: 01/03/2018 19:18

---

01/03/2018 19:09 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 19:10 By: llk    Closed Date: 01/03/2018 19:10 By: llk (Log ID: 810218)

NOTAM: 1801060    ISSUED AT: 01/03/2018 19:10    Processed By: llk    ----->    CANCELED: 01/04/2018 16:07

From: 01/03/2018 19:09    To: 01/04/2018 19:09

Description: RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN AND 60 PRCT WET, 30 PRCT 1/8IN WET SN AND 70 PRCT WET, 30 PRCT 1/8IN

            WET SN AND 70 PRCT WET DEICED LIQUID OBS

Reason: snow

Authorized: llk            ATCT: mk            FAA/FSS: ddn            Electrician: n/a

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DNOTAM: 01/080

---

01/03/2018 19:10 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 19:10 By: llk    Closed Date: 01/03/2018 19:10 By: llk (Log ID: 810216)

Prepared By: llk    Requested By: doa ops

From: 01/03/2018 19:09    To: 01/04/2018 19:09    To Be Issued: 01/03/2018 19:10

Description: RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN AND 60 PRCT WET, 30 PRCT 1/8IN WET SN AND 70 PRCT WET, 30 PRCT 1/8IN

            WET SN AND 70 PRCT WET DEICED LIQUID OBS

Reason: snow

NOTAM: 1801060    ISSUED AT: 01/03/2018 19:10    CANCELED: 01/04/2018 16:07

---

OIG 18-0738 01828

**CONWAY.DEF009786**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00          1,357 of 3,448

---

01/03/2018 19:14 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 19:15 By: llk    Closed Date: 01/03/2018 19:15 By: llk (Log ID: 810226)
NOTAM: 1801061      ISSUED AT: 01/03/2018 19:15     Processed By: llk   ----->   CANCELED: 01/04/2018 16:07
From: 01/03/2018 19:13    To: 01/04/2018 19:13
Description: RWY 31R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 30 PRCT 1/8IN
      WET SN AND 70 PRCT WET DEICED LIQUID OBS
Reason: snow
Authorized: llk       ATCT: mk       FAA/FSS: ddn     Electrician: n/a
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/081

---

01/03/2018 19:15 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 19:15 By: llk    Closed Date: 01/03/2018 19:15 By: llk (Log ID: 810224)
Prepared By: llk    Requested By: doa ops
From: 01/03/2018 19:13    To: 01/04/2018 19:13    To Be Issued: 01/03/2018 19:14
Description: RWY 31R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 30 PRCT 1/8IN
      WET SN AND 70 PRCT WET DEICED LIQUID OBS
Reason: snow
NOTAM: 1801061     ISSUED AT: 01/03/2018 19:15     CANCELED: 01/04/2018 16:07

---

01/03/2018 19:16 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 19:17 By: llk    Closed Date: 01/03/2018 19:17 By: llk (Log ID: 810234)
NOTAM: 1801062      ISSUED AT: 01/03/2018 19:17     Processed By: llk   ----->   CANCELED: 01/04/2018 16:07
From: 01/03/2018 19:15    To: 01/04/2018 19:15
Description: RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 20 PRCT 1/8IN
      WET SN AND 80 PRCT WET DEICED LIQUID OBS
Reason: snow
Authorized: llk       ATCT: mk       FAA/FSS: ddn     Electrician: n/a
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/082

---

01/03/2018 19:17 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 19:17 By: llk    Closed Date: 01/03/2018 19:17 By: llk (Log ID: 810232)
Prepared By: llk    Requested By: doa ops
From: 01/03/2018 19:15    To: 01/04/2018 19:15    To Be Issued: 01/03/2018 19:16
Description: RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 20 PRCT 1/8IN
      WET SN AND 80 PRCT WET DEICED LIQUID OBS
Reason: snow
NOTAM: 1801062     ISSUED AT: 01/03/2018 19:17     CANCELED: 01/04/2018 16:07

---

01/03/2018 19:18 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 19:19 By: llk    Closed Date: 01/03/2018 19:19 By: llk (Log ID: 810240)
NOTAM: 1801051    CANCELLED AT: 01/03/2018 19:18     By: llk   ----->ISSUED: 01/03/2018 13:16
From: 01/03/2018 12:25    To: 01/04/2018 12:25
Description: RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031825.
Reason: SURAFCE     Category:
Field AOS: ib       ATCT: mk       FAA/FSS: ddn     Electrician: n/a

---

01/03/2018 19:18 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 19:19 By: llk    Closed Date: 01/03/2018 19:19 By: llk (Log ID: 810242)
NOTAM: 1801053    CANCELLED AT: 01/03/2018 19:18     By: llk   ----->ISSUED: 01/03/2018 13:49
From: 01/03/2018 13:47    To: 01/04/2018 13:47
Description: ALL FICON 1/8IN DRY SN OVER COMPACTED SN DEICED LIQUID OBSERVED AT 1801031947.
Reason: surface     Category:
Field AOS: ib       ATCT: mk       FAA/FSS: ddn     Electrician: n/a

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01829

**CONWAY.DEF009787**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                          1,358 of 3,448

---

01/03/2018 19:18 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 19:19 By: llk    Closed Date: 01/03/2018 19:19 By:
llk (Log ID: 810244)
NOTAM: 1801059    CANCELLED AT: 01/03/2018 19:18      By: llk    ----->ISSUED: 01/03/2018 19:06
From: 01/03/2018 18:50    To: 01/04/2018 18:50
Description: RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040050.
Reason: snow    Category:
Field AOS: ib              ATCT: mk         FAA/FSS: ddn         Electrician: n/a

---

01/03/2018 19:19 -- NOTAM -- NOTAM Cancel    Posted Date: 01/03/2018 19:20 By: llk    Closed Date: 01/03/2018 19:20 By:
llk (Log ID: 810250)
NOTAM: 1801049    CANCELLED AT: 01/03/2018 19:19      By: llk    ----->ISSUED: 01/03/2018 12:49
From: 01/03/2018 12:48    To: 01/04/2018 12:48
Description: RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031848.
Reason: SURFACE    Category:
Field AOS: ib              ATCT: mk         FAA/FSS: ddn         Electrician: n/a

---

01/03/2018 19:21 -- NOTAM -- NOTAM Issue    Posted Date: 01/03/2018 19:22 By: llk    Closed Date: 01/03/2018 19:22 By:
llk (Log ID: 810258)
NOTAM: 1801063    ISSUED AT: 01/03/2018 19:22    Processed By: llk    ----->    CANCELED: 01/04/2018 10:56
From: 01/03/2018 18:31    To: 01/04/2018 18:31
Description: ALL FICON 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040031.
Reason: snow
Authorized: llk              ATCT: mk         FAA/FSS: ddn         Electrician: n/a
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DNOTAM: 01/069

---

01/03/2018 19:22 -- NOTAM -- NOTAM Prepare    Posted Date: 01/03/2018 19:22 By: llk    Closed Date: 01/03/2018 19:22 By:
llk (Log ID: 810256)
Prepared By: llk    Requested By: doa ops
From: 01/03/2018 18:31    To: 01/04/2018 18:31    To Be Issued: 01/03/2018 19:21
Description: ALL FICON 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040031.
Reason: snow
NOTAM: 1801063    ISSUED AT: 01/03/2018 19:22      CANCELED: 01/04/2018 10:56

---

01/03/2018 19:56 -- METAR -- METAR    Posted Date: 01/03/2018 19:56 By: CommWeather    Closed Date: 01/03/2018
19:56 By: CommWeather (Log ID: 810264)
METAR: KMDW 040153Z 34013KT 10SM OVC036 M11/M17 A3019 RMK AO2 SLP243 T11061172
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 08:53 PM EST / 2018.01.04 0153 UTC
    Wind: from the NNW (340 degrees) at 15 MPH (13 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: overcast
    Temperature: 12.9 F (-10.6 C)
    Windchill: -2 F (-19 C):1
    Dew Point: 1.0 F (-17.2 C)
    Relative Humidity: 58%
    Pressure (altimeter): 30.19 in. Hg (1022 hPa)

---

01/03/2018 20:12 -- GEN -- General Narrative    Posted Date: 01/03/2018 20:14 By: llk    Closed Date: 01/03/2018 20:14 By:
llk (Log ID: 810266)
2000 hrs: Late entry. All rwys were inspected by Baerga and Thomas. Conditions were updated. All still 5/5/5. PA was
placed on twy Mike. the service road was broomed and the west service road was also deiced.

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01830

**CONWAY.DEF009788**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

01/03/2018 20:51 -- INSPECTION -- Aircraft Fueler Spot Check    Posted Date: 01/03/2018 21:15 By: ibaerga    Closed Date:
01/03/2018 21:15 By: ibaerga (Log ID: 810272)
Shift: 3    Company Name: Atlantic Aviation
Truck Number: HT3    Location: SOUTH RAMP
Driver Name: NA    Badge Number: NA
Time: 01/03/2018 20:51    Inspecting Operations Supervisor: ibaerga
Ground Clips: Yes    Dead Man Control: Yes
Fire Extinguishers: Yes    Evidence of Smoking: No
Leaks: No

---

01/03/2018 20:55 -- INSPECTION -- Aircraft Fueler Spot Check    Posted Date: 01/03/2018 21:16 By: ibaerga    Closed Date:
01/03/2018 21:16 By: ibaerga (Log ID: 810274)
Shift: 3    Company Name: Signature Flight Support
Truck Number: 2    Location: WEST RAMP
Driver Name: NA    Badge Number: NA
Time: 01/03/2018 20:55    Inspecting Operations Supervisor: ibaerga
Ground Clips: Yes    Dead Man Control: Yes
Fire Extinguishers: Yes    Evidence of Smoking: No
Leaks: No

---

01/03/2018 20:56 -- METAR -- METAR    Posted Date: 01/03/2018 20:56 By: CommWeather    Closed Date: 01/03/2018
20:56 By: CommWeather (Log ID: 810268)
METAR: KMDW 040253Z 32015KT 10SM BKN036 M11/M17 A3019 RMK AO2 SLP245 60000 T11111172 51016
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 09:53 PM EST / 2018.01.04 0253 UTC
    Wind: from the NW (320 degrees) at 17 MPH (15 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: mostly cloudy
    Temperature: 12.0 F (-11.1 C)
    Windchill: -5 F (-21 C):2
    Dew Point: 1.0 F (-17.2 C)
    Relative Humidity: 60%
    Pressure (altimeter): 30.19 in. Hg (1022 hPa)
    Pressure tendency: 0.05 inches (1.6 hPa) higher than three hours ago

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01831

CONWAY.DEF009789

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

01/03/2018 21:50 -- BRIEF -- Shift Briefing    Posted Date: 01/03/2018 15:04 By: llk     Closed Date: 01/03/2018 21:45 By: llk
(Log ID: 810116)
Date/Time: 01/03/2018 21:50     Shift: 3
AOS: llk    Managers: Thomas/Martimez     Prepared By: llk
Commissioner's Briefing:
No unusual airfield incidents to reports.
ATIS: T  0253Z 32015KT 10SM BKN036 M11/M17 30.19 RNAV 31C L/D 31C

   810124   RWY 04L/22R CLSD
   810134   RWY 13L/31R CLSD
   810142   RWY 13R/31L CLSD
   810176   RWY 31C FICON 5/5/5 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031801.
   810178   RWY 22L FICON 5/5/5 100 PRCT WET, 100 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031815.
   810180   RWY 22R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031913.
   810190   RWY 31C FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801040048.
   810198   RWY 22L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040047.
   810206   RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040050.
   810218   RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN AND 60 PRCT WET, 30 PRCT 1/8IN WET SN AND 70 PRCT WET, 30 PRCT 1/8IN WET SN AND 70 PRCT WET DEICED LIQUID OBSERVED AT 1801040109.
   810226   RWY 31R FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 30 PRCT 1/8IN WET SN AND 70 PRCT WET DEICED LIQUID OBSERVED AT 1801040113.
   810234   RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 10 PRCT 1/8IN WET SN AND 90 PRCT WET, 20 PRCT 1/8IN WET SN AND 80 PRCT WET DEICED LIQUID OBSERVED AT 1801040115.
   810240   RWY 31L FICON 5/5/5 10 PRCT 1/8IN WET SN AND 90 PRCT WET DEICED LIQUID OBSERVED AT 1801031825.
   810242   ALL FICON 1/8IN DRY SN OVER COMPACTED SN DEICED LIQUID OBSERVED AT 1801031947.
   810244   RWY 22R FICON 5/5/5 30 PRCT 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040050.
   810250   RWY 31R FICON 5/5/5 100 PRCT WET DEICED LIQUID OBSERVED AT 1801031848.
   810258   ALL FICON 1/8IN WET SN DEICED LIQUID OBSERVED AT 1801040031.

Items of Note:
Light snow showers began at approximately 1800 hrs (not forecast/not on radar). All surfaces
were inspected and airfield conditions were updated as needed. The service road was broomed
and PA west placed on twy Mike and the west service road.

Four deicers trucks are staged on the south ramp.

Per ATCT, the 31C ILS has been OTS since 1844 hrs Tech ops is working on it at this time.

The January 2018 Gate Allocation Package was received and placed in the basket.

Per SMG, contractors will be in tomorrow morning to fix over head door #12 in the AMC
garage.

The last load of PA, ordered by the 2nd shift, arrived at 1405 hrs and was placed in the below
ground tank.

At 1700 hrs, 600 gallons of PA were used at the B/N intersection and also on Quebec.
At 1845 hrs, an additional 826 gallons of PA was placed on the west service road and twy MIke.

SWA requested a high power run up for a B-737-700. The report is on file.

Kelly completed the December Part 139 audits.

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

**CONWAY.DEF009790**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00                                                                                          1,361 of 3,448

---

1500 hrs delay report:  A total of 4 flights were canceled today.  Fourteen flights in and 11  out were delayed an average of 30 minutes.  Two additional inbound flights were delayed from 4 to 5.5 hrs due to MX issues and WX in Florida.

2000 hrs delay report: No additional cancellations. Twenty flights in and 13 out were delayed an average of 30 minutes.  One additional inbound flight was delayed 6 hrs due to MX issues.

The MTDs completed sweeper and magnet routes, park laborer escorts and the tow truck detail. Broom cleaning and repositioning for Fleet SOIs was also completed.  Aircraft relocation escorts were completed for SWA from A2 to B14, A1 to B14 and A2 to B12.

The park laborers completed normal daily assignments.

The city electricians also completed normal assignments.
Closed Date: 01/03/2018 21:45        Closed User: llk
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

01/03/2018 21:57 -- METAR -- METAR    Posted Date: 01/03/2018 21:57 By: CommWeather    Closed Date: 01/03/2018 21:57 By: CommWeather (Log ID: 810276)
METAR: KMDW 040353Z 31009KT 10SM BKN036 M12/M18 A3020 RMK AO2 SLP246 T11171178
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 10:53 PM EST / 2018.01.04 0353 UTC
    Wind: from the NW (310 degrees) at 10 MPH (9 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: mostly cloudy
    Temperature: 10.9 F (-11.7 C)
    Windchill: -2 F (-19 C):1
    Dew Point: -0.0 F (-17.8 C)
    Relative Humidity: 60%
    Pressure (altimeter): 30.2 in. Hg (1022 hPa)
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

01/03/2018 22:57 -- METAR -- METAR    Posted Date: 01/03/2018 22:57 By: CommWeather    Closed Date: 01/03/2018 22:57 By: CommWeather (Log ID: 810278)
METAR: KMDW 040453Z 33012KT 10SM SCT038 M12/M18 A3020 RMK AO2 SLP248 T11221183
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 03, 2018 - 11:53 PM EST / 2018.01.04 0453 UTC
    Wind: from the NNW (330 degrees) at 14 MPH (12 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: partly cloudy
    Temperature: 10.0 F (-12.2 C)
    Windchill: -5 F (-21 C):2
    Dew Point: -0.9 F (-18.3 C)
    Relative Humidity: 60%
    Pressure (altimeter): 30.2 in. Hg (1022 hPa)
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01833

**CONWAY.DEF009791**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

---

10/11/2018 18:00      1,362 of 3,448

---

01/03/2018 23:03 -- GEN -- Staff Assignment    Posted Date: 01/03/2018 23:03 By: aortega    Closed Date: 01/03/2018 23:03
By: aortega (Log ID: 810280)
1st SHIFT INITIAL BRIEFING 1/4/2018

ATIS: "U" 040453Z 33012KT 10SM SCT038 M12/M18 A3020 ILS 31C L/D 31's

OPS: Martin / Lopez / Cabral / J. W. Dixon / Johnson / Ortega
FACILITY MANAGER: None
CFD: Corbit
ATCT: LG
CPD: Juska + 5                   (Cmdr + LEO)
MCC: 0 + 3                    (Supv + ACO)
SECURITY: DiSandro + 7         (Supv + ASO)
LANDSIDE: Lowery + 2          (Supv + monitors)
SMG CUST: McCormick + 20          (Supv + custodians)
SMG ENGR/ELEC: Pugh + 3 + 1     (Lead + engineers + electricians)
CDA ELECT: Lysaught + 4        (Foreman + electricians)
MTDs: Sever + 9R + 38P         (Foreman/Lead + regs + pools)
PARK LABORERS: 0 + 2          (Foreman + PL)
CONST LABORERS: 0 + 3         (Regular + Apprentice)

FAA NAVAIDS OTS: N/A

CLOSURES:
RWY 04L/22R CLSD
RWY 13L/31R CLSD
RWY 13R/31L CLSD

---

01/03/2018 23:58 -- METAR -- METAR    Posted Date: 01/03/2018 23:58 By: CommWeather    Closed Date: 01/03/2018
23:58 By: CommWeather (Log ID: 810284)
METAR: KMDW 040553Z 32013KT 10SM FEW038 M13/M19 A3021 RMK AO2 SLP250 4/002 60000 T11331189 11100
21133 410781139 53004
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 04, 2018 - 12:53 AM EST / 2018.01.04 0553 UTC
    Wind: from the NW (320 degrees) at 15 MPH (13 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: mostly clear
    Weather: 2 inches of snow on ground
    Temperature: 8.1 F (-13.3 C)
    Windchill: -9 F (-23 C):2
    Dew Point: -2.0 F (-18.9 C)
    Relative Humidity: 62%
    Pressure (altimeter): 30.21 in. Hg (1023 hPa)
    Pressure tendency: 0.01 inches (0.4 hPa) higher than three hours ago

---

01/04/2018 00:58 -- METAR -- METAR    Posted Date: 01/04/2018 00:58 By: CommWeather    Closed Date: 01/04/2018
00:58 By: CommWeather (Log ID: 810286)
METAR: KMDW 040653Z 33013KT 10SM FEW038 M14/M19 A3021 RMK AO2 SLP253 T11441194
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 04, 2018 - 01:53 AM EST / 2018.01.04 0653 UTC
    Wind: from the NNW (330 degrees) at 15 MPH (13 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: mostly clear
    Temperature: 6.1 F (-14.4 C)
    Windchill: -11 F (-24 C):2
    Dew Point: -2.9 F (-19.4 C)
    Relative Humidity: 65%
    Pressure (altimeter): 30.21 in. Hg (1023 hPa)

---

Entry dates 03/31/2018 04:04 through 03/31/2018 23:58 (subset).

OIG 18-0738 01834

**CONWAY.DEF009792**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE**

**General for Date>=11/01/2017 and Date<04/01/2018**

Entries listed in Ascending Date/Time Order

10/11/2018 18:00                                                                                           1,363 of 3,448

---

01/04/2018 01:57 -- METAR -- METAR    Posted Date: 01/04/2018 01:57 By: CommWeather    Closed Date: 01/04/2018
01:57 By: CommWeather (Log ID: 810288)
METAR: KMDW 040753Z 33013KT 10SM CLR M14/M20 A3023 RMK AO2 SLP258 T11441200
    CHICAGO MIDWAY AIRPORT, IL, United States (KMDW) 41-47N 087-45W 188M
    Jan 04, 2018 - 02:53 AM EST / 2018.01.04 0753 UTC
    Wind: from the NNW (330 degrees) at 15 MPH (13 KT):0
    Visibility: 10 mile(s):0
    Sky conditions: clear
    Temperature: 6.1 F (-14.4 C)
    Windchill: -11 F (-24 C):2
    Dew Point: -4.0 F (-20.0 C)
    Relative Humidity: 62%
    Pressure (altimeter): 30.23 in. Hg (1023 hPa)

---

01/04/2018 01:58 -- INSPECTION -- Aircraft Fueler Spot Check    Posted Date: 01/04/2018 05:44 By: mac    Closed Date:
01/04/2018 05:44 By: mac (Log ID: 810330)
Shift: 1    Company Name: Atlantic Aviation
Truck Number: A3    Location: S RAMP
Driver Name: PARKED    Badge Number: A3
Time: 01/04/2018 01:58    Inspecting Operations Supervisor: MA
Ground Clips: Yes    Dead Man Control: Yes
Fire Extinguishers: Yes    Evidence of Smoking: No
Leaks: No    Proper Grounding: Yes
Remarks: NONE

---

OIG 18-0738 01835

**CONWAY.DEF009793**

Exhibit D to

**PLAINTIFF MICHAEL CONWAY'S *REPLY IN SUPPORT OF HIS MOTION TO COMPEL THE PRODUCTION OF CERTAIN DOCUMENTS, RECORDINGS, AND DATA***

# Chicago Midway International Airport

## NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583



| NOTAM: | 1812040 | | | DNOTAM: | 12/043 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | ALL FICON WET DEICED LIQUID OBS AT 1812031307. | | | | |
| **Effective:** | MON 12/03/18 07:08 | **To:** | TUE 12/04/18 07:08 | **To Be Issued:** | 12/3/2018 07:09 |
| Reason: | SURFACE | | | | |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/03/2018 07:10 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/03/2018 07:10 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/03/2018 07:10 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/04/2018 08:30 | | | | |
| AOS: | jwa | FSS: | dnotam | | |
| Field AOS: | mgc | Electrician: | na | | |
| ATCT: | kk | Cancelled Timestamp: | 12/04/2018 09:07 | Username: | jwa |

CONWAY.DEF015567

# Chicago Midway International Airport
## NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812046 | | | DNOTAM: | 12/050 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | RWY 31C FICON 5/5/5 100 PCT WET OBS AT 1812041313. | | | | |
| **Effective:** | TUE 12/04/18 07:13 | **To:** | WED 12/05/18 07:13 | **To Be Issued:** | 12/4/2018 07:14 |
| Reason: | surface | | | Zone: | 13C-31C Rwy |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 07:15 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 07:15 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | mk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 07:15 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/05/2018 01:43 | | | | |
| AOS: | llk | FSS: | ddn | | |
| Field AOS: | gm | Electrician: | n/a | | |
| ATCT: | na | Cancelled Timestamp: | 12/05/2018 01:44 | Username: | llk |

1

CONWAY.DEF015568

# Chicago Midway International Airport

## NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812047 | | | DNOTAM: | 12/051 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | RWY 04R FICON 5/5/5 100 PCT WET OBS AT 1812041315. | | | | |
| **Effective:** | TUE 12/04/18 07:15 | **To:** | WED 12/05/18 07:15 | **To Be Issued:** | 12/4/2018 07:16 |
| Reason: | surface | | | Zone: | 4R-22L Rwy |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 07:16 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 07:16 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 07:16 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/04/2018 08:30 | | | | |
| AOS: | jwa | FSS: | dnotam | | |
| Field AOS: | mgc | Electrician: | na | | |
| ATCT: | kk | Cancelled Timestamp: | 12/04/2018 09:07 | Username: | jwa |

CONWAY.DEF015569

# Chicago Midway International Airport

## NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812048 | | | DNOTAM: | 12/052 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | RWY 31R FICON 5/5/5 100 PCT WET OBS AT 1812041316. | | | | |
| **Effective:** | TUE 12/04/18 07:16 | **To:** | WED 12/05/18 07:16 | **To Be Issued:** | 12/4/2018 07:17 |
| Reason: | surface | | | Zone: | 13L-31R Rwy |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 07:18 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 07:18 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 07:18 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/04/2018 08:30 | | | | |
| AOS: | jwa | FSS: | dnotam | | |
| Field AOS: | mgc | Electrician: | na | | |
| ATCT: | kk | Cancelled Timestamp: | 12/04/2018 09:07 | Username: | jwa |

**CONWAY.DEF015570**

## Chicago Midway International Airport
### NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| **NOTAM:** | 1812049 | | | **DNOTAM:** | 12/053 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | RWY 31L FICON 5/5/5 100 PCT WET OBS AT 1812041318. | | | | |
| **Effective:** | TUE 12/04/18 07:18 | **To:** | WED 12/05/18 07:18 | **To Be Issued:** | 12/4/2018 07:18 |
| Reason: | surface | | | Zone: | 13R-31L Rwy |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 07:19 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 07:19 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 07:19 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/04/2018 08:30 | | | | |
| AOS: | jwa | FSS: | dnotam | | |
| Field AOS: | mgc | Electrician: | na | | |
| ATCT: | kk | Cancelled Timestamp: | 12/04/2018 09:07 | Username: | jwa |

CONWAY.DEF015571

## Chicago Midway International Airport
### NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812050 | | | DNOTAM: | 12/054 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | ALL FICON WET OBS AT 1812041319. | | | | |
| **Effective:** | TUE 12/04/18 07:19 | **To:** | WED 12/05/18 07:19 | **To Be Issued:** | 12/4/2018 07:20 |
| Reason: | surface | | | | |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 07:21 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 07:21 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 07:21 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/04/2018 08:30 | | | | |
| AOS: | jwa | FSS: | dnotam | | |
| Field AOS: | mgc | Electrician: | na | | |
| ATCT: | kk | Cancelled Timestamp: | 12/04/2018 09:07 | Username: | jwa |

**CONWAY.DEF015572**

## Chicago Midway International Airport
### NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812051 | | DNOTAM: | 12/055 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | ALL FICON WET DEICED LIQUID OBS AT 1812041321. | | | | |
| **Effective:** | TUE 12/04/18 07:21 | **To:** | WED 12/05/18 07:21 | **To Be Issued:** | 12/4/2018 07:22 |
| Reason: | surface | | | | |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 07:22 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 07:22 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 07:22 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/05/2018 02:20 | | | | |
| AOS: | llk | FSS: | ddn | | |
| Field AOS: | gm | Electrician: | n/a | | |
| ATCT: | mm | Cancelled Timestamp: | 12/05/2018 02:21 | Username: | llk |

**CONWAY.DEF015573**

# Chicago Midway International Airport

## NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812052 | | | DNOTAM: | 12/056 |
|---|---|---|---|---|---|

**Description:** RWY 04L FICON 5/5/5 100 PCT WET OBS AT 1812041326.

| | | | | | |
|---|---|---|---|---|---|
| **Effective:** | TUE 12/04/18 07:26 | **To:** | WED 12/05/18 07:26 | **To Be Issued:** | 12/4/2018 07:27 |
| Reason: | surface | | | Zone: | 4L-22R Rwy |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 07:28 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 07:28 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 07:28 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/04/2018 08:30 | | | | |
| AOS: | jwa | FSS: | dnotam | | |
| Field AOS: | mgc | Electrician: | na | | |
| ATCT: | kk | Cancelled Timestamp: | 12/04/2018 09:07 | Username: | jwa |

**CONWAY.DEF015574**

## Chicago Midway International Airport
### NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812053 | | DNOTAM: | 12/058 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Description:** | RWY 22L FICON 5/5/5 100 PCT WET DEICED LIQUID OBS AT 1812041508. | | | |
| **Effective:** | TUE 12/04/18 09:08 | **To:** WED 12/05/18 09:08 | **To Be Issued:** | 12/4/2018 09:09 |
| Reason: | surface | | Zone: | 4R-22L Rwy |
| Requested: | ops | Prepared: jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: 12/04/2018 09:09 | Username: | jwa |

| | | | | |
|---|---|---|---|---|
| **Issued:** | 12/04/2018 09:09 | Processed: jwa | | |
| Approved: | ja | | | |
| ATCT: | kk | Electrician: na | | |
| | | Issued Timestamp: 12/04/2018 09:09 | Username: | jwa |

| | | | | |
|---|---|---|---|---|
| **Cancelled:** | 12/05/2018 01:43 | | | |
| AOS: | llk | FSS: ddn | | |
| Field AOS: | gm | Electrician: n/a | | |
| ATCT: | na | Cancelled Timestamp: 12/05/2018 01:44 | Username: | llk |

**CONWAY.DEF015575**

## Chicago Midway International Airport
### NOTAM SUMMARY

MDW City Operations (773) 838-0677 Fax: (773) 838-0583

| NOTAM: | 1812054 | | DNOTAM: | 12/059 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Description:** | ALL FICON WET OBS AT 1812041510. | | | | |
| **Effective:** | TUE 12/04/18 09:10 | **To:** | WED 12/05/18 09:10 | **To Be Issued:** | 12/4/2018 09:12 |
| Reason: | surface | | | | |
| Requested: | ops | Prepared: | jwa | Keyword: | D-NOTAM |
| | | Prepared Timestamp: | 12/04/2018 09:13 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Issued:** | 12/04/2018 09:13 | Processed: | jwa | | |
| Approved: | ja | | | | |
| ATCT: | kk | Electrician: | na | | |
| | | Issued Timestamp: | 12/04/2018 09:13 | Username: | jwa |

| | | | | | |
|---|---|---|---|---|---|
| **Cancelled:** | 12/04/2018 12:52 | | | | |
| AOS: | jwa | FSS: | dnotam | | |
| Field AOS: | mgc | Electrician: | na | | |
| ATCT: | kk | Cancelled Timestamp: | 12/04/2018 12:53 | Username: | jwa |

**CONWAY.DEF015576**

Exhibit E to

**PLAINTIFF MICHAEL CONWAY'S *REPLY IN SUPPORT OF HIS MOTION TO COMPEL THE PRODUCTION OF CERTAIN DOCUMENTS, RECORDINGS, AND DATA***

**From:** ERIN.O'DONNELL@cityofchicago.org <ERIN.O'DONNELL@cityofchicago.org>
**Sent:** Tuesday, October 16, 2018 8:04 PM CDT
**To:** Elizabeth Granados-Perez <Elizabeth.Granados-Perez@cityofchicago.org>; Argentene Hrysikos <Argentene.Hrysikos@cityofchicago.org>; Diane M Pezanoski <Diane.Pezanoski@cityofchicago.org>
**CC:** Costas Simos <COSTAS.SIMOS@cityofchicago.org>
**Subject:** Fwd: Conway

Today, Veronica administered disciple to Mike Conway in relation to his Runway Incursion in early September.

See below details from Veronica related to a sidebar conversation that she had with Mike Conway.  Please review and advise if additional action is needed. If you would like to discuss, please let me know.

Erin

Sent from my City of Chicago IPad

Begin forwarded message:

> **From:** Veronica Martinez <Veronica.Martinez@cityofchicago.org>
> **Date:** October 16, 2018 at 7:42:05 PM CDT
> **To:** Erin O'Donnell <ERIN.O'DONNELL@cityofchicago.org>, Costas Simos <COSTAS.SIMOS@cityofchicago.org>
> **Subject: Conway**
>
> Hi Erin,
>
> I am writing to report the side bar conversation that took place today when I handed the suspension notice to Mike Conway, per the direction of Costas. Joe Ambrosia was also present for the meeting and will email you details of his own conversation with Mike.   He mentioned going to the IG and said that he would talk if Costas keeps harassing him.  He did not say exactly what he was going to talk about or whom he would talk to other than the IG. He said he would not back down. Then an hour later he said he spoke to Skip the Union Rep who advised Mike not to relay that message to Costas.
>
> That is pretty much all the information I have to relay.  Sorry to have to share that information but it may be relevant later.
>
> Veronica

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**CONFIDENTIAL**

**From:** Costas Simos <COSTAS.SIMOS@cityofchicago.org>
**Sent:** Wednesday, October 17, 2018 6:00 PM CDT
**To:** Erin O'Donnell <ERIN.O'DONNELL@cityofchicago.org>
**Subject:** Fwd: Mike Conway

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** Carlos Sanchez <carloss@teamsterslocal700.com>
> **Date:** October 17, 2018 at 5:43:46 PM CDT
> **To:** <costas.simos@cityofchicago.org>
> **Subject: Mike Conway**
>
> On October 17 2018 I went upstairs to see subject mentioned above, I was under the impression that he was looking for me. I asked him if in fact he was looking for me,his reply was that he was a fan of me because of the way I stood up for our members, so I replied ok he then continued to complain about his Union, my response was "I don't talk about other Unions, besides I know some of your Union guys and they are a bunch of good men. At which time he proceeded to speak about how David Kauffman  has told him something to the affect that Costas is behind something to do with him, my reply was I have no issues with Costas at all, and that as far as Dave went if he had issues with the MTD's he would have issues with me.He then started to rattled on how he Dave  was telling him of some issues, not being specific but indicating that he has an Attorney and someone would have to force Costas for some answers no more no less, this was the  conversation I had with subject. Carlos R. Sanchez Sr.

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Joseph Ambrosia <JOSEPH.AMBROSIA@cityofchicago.org>
**Sent:** Thursday, October 18, 2018 1:25 PM CDT
**To:** Costas Simos <COSTAS.SIMOS@cityofchicago.org>
**Subject:** October 16th incident

Tuesday afternoon, October 16th, Veronica Martinez ask me to be a witness when she met with Mike Conway to give him a 5 day suspension due to disciplinary action that occurred in September.
Mike Conway started to get agitated and angry. He cussed and and threatened, using numerous f-words and other profanity. He stated that Costas Simos and Erin _____ better watch out. He also stated that he called the Inspector Generals office, the media and other departments as well
As gotten a lawyer.
When Veronica Martinez left for a brief moment, he started on his rant of threats again. He stated if that F....... wants to push me, I could push back twice as hard. I tried to calm him down. I stated that he needs help with himself and to take care of his family. He then pulled out a large pager of some sort and stated that these people gave me this heart monitor.

I was extremely shocked and scared at the same time. I asked him if he was okay. He said yes and no. I kept telling him to calm down and to think of his family. Veronica Martinez walked back into the room and I immediately excused my self. I needed to wrap up the shift and brief the 3rd shift of any assignments so I could get home. That did not happen. As I started towards my car, Mike Conway stepped in front of it yelling that he has a message for Costas and Erin. He said, watch and see when you keep f....... pushing me. I said please Mike, go home and get some rest. In my 21 years of aviation experience, I never felt so scared for myself and my operations staff.

Since early September, the office has been getting worse and worse after Mike Conway was charged with the runway incursion. I am afraid for my team in operations as well as Mike Conway conducting AOS duties on the airfield.

Please let me know if you have any questions regarding this subject matter.

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**CONWAY.DEF007500**

**CONFIDENTIAL**

**From:** Erin O'Donnell
**Sent:** Friday, November 02, 2018 1:18 PM CDT
**To:** Elizabeth Granados-Perez <Elizabeth.Granados-Perez@cityofchicago.org>; Eric T. Smith <esmith@kaplankirsch.com>; Diane M Pezanoski <Diane.Pezanoski@cityofchicago.org>; Cornel Kauffman <Cornel.Kauffman@cityofchicago.org>; Sarah Wilbanks <Sarah.Wilbanks@cityofchicago.org>; Steven L. Osit <sosit@kaplankirsch.com>; Fiona Burke <Fiona.Burke@cityofchicago.org>
**Subject:** FW: Michael CONWAY

FYI - No sure if any action is required but wanted to share.

-----Original Message-----
From: Thomas Norris
Sent: Friday, November 2, 2018 9:59 AM
To: Erin O'Donnell <ERIN.O'DONNELL@cityofchicago.org>
Subject: Michael CONWAY

This morning Mike CONWAY stopped me while departing from Jeffery Jurek's office . He said that the airport wasn't safe and someone was going to get killed . So he filed the same safety complaint he filed with the FAA at CAL City OSHA on Monday to be covered under the whistle blowers act . He asked if I had time to talk I said no and Jurek walked out to get him to stop following me . I said I am certain on nights any safety problem that was there 18 months ago been abated or they are do a good job of hiding it from me . I switched trucks so Jeff could fix my door and departed .

Sent from my iPhone

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

CONWAY.DEF007090