IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL CONWAY, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case Number: 1:20-cv-04966 |
| | ) Judge Sara L. Ellis |
| CITY OF CHICAGO, *et al.*, | ) Magistrate Judge Beth W. Jantz |
| *Defendants*. | ) ) ) |

**ORDER AND ENTRY**
**GRANTING PLAINTIFF'S MOTION TO FOR LEAVE TO FILE *PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO COMPEL THE PRODUCTION OF CERTAIN DOCUMENTS, RECORDINGS, AND DATA***

This matter comes before the Court on Plaintiff's motion for leave to file a *Reply* in support of *Plaintiff's Motion to Compel The Production Of Certain Documents, Recordings, And Data*, dated November 25, 2022 (Dkt. #139), and to strike from the Docket, as inadvertently filed, his *Reply* to said Motion, together with exhibits, entered on the docket as Doc. No 166 in this case.

For good cause, the Motion is GRANTED. Plaintiff Conway is granted leave to file his *Reply*. The Clerk is ordered to *enter on the docket*, Plaintiff's *Reply to Dkt. No. 139*, attached as Exhibit 1 to Plaintiff's *Motion for Leave*, and to *strike from the docket* Plaintiff's inadvertently filed *Reply*, together with exhibits, entered on the docket as *Dkt. No. 166* in this case.

SO ORDERED.

_____
THE HONORABLE BETH W. JANTZ
UNITED STATES MAGISTRATE JUDGE